RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA 2008 FEB -8 A 9 31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

STACEY MCKINNEY 155499 )
_____ )
Full name and prison number of )
plaintiff(s) )
                                )
                                )
        v.                      )     CIVIL ACTION NO. 2:08-CV-90-MEF
                                )     (To be supplied by the Clerk of the
SMALLWOOD PRISON DENTAL SERVICES )       U.S. District Court)
_____ )
DENTIST BURKETT                 )
_____ )
DENTIST TRACY AROCHIE           )
_____ )
                                )
_____ )
Name of person(s) who violated  )
your constitutional rights.     )
(List the names of all the persons) )

## I.    PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )  No (✓)

B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes ( )  No (✓)

C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit
    Plaintiff(s) _____

    Defendant(s) _____ NA _____
    _____

2.  Court (if federal court, name the district; if state court, name the county)

    _____ NA _____

3.  Docket No. _____

4.  Name of Judge to whom case was assigned _____

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____ NA _____

6.    Approximate date of filing lawsuit _____ NA _____

7.    Approximate date of disposition _____ NA _____

II.    PLACE OF PRESENT CONFINEMENT Bullock County Corr Facility
P.O. Box 5107 Union Springs AL 36089

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
Bullock County Corr. Facility P.O Box 5107 Union Springs AL 36089

III.    NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Dr. Burkett c/o Smallwood Prison Dental Services | P.O. Box 5107 Union Springs AL 36089 |
| 2. | | |
| 3. | Dr. Tracy Arochie c/o Smallwood Prison Dental Service | P.O. Box 5107 Union Springs AL 36089 |
| 4. | | |
| 5. | | |
| 6. | | |

IV.    THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
On or about October or November 2007

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Medical Deliberate Indifference / Medical Malpractice

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

_____ SEE ATTACHED _____

-2-

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

GROUND THREE: _____

SUPPORTING FACTS: _____

_____

_____

_____

_____

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.  MAKE
       NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

       _____ SEE ATTACHED _____

       _____

_Stacey McKinney_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 2-6-2008
                (date)

_Stacey McKinney_
Signature of plaintiff(s)

### FACTS IN SUPPORT OF GROUND ONE

ON OR AROUND OCTOBER OR NOVEMBER 2007 I WAS CALLED TO THE BULLOCK COUNTY CORR. FACILITY DENTAL LAB TO HAVE MY TEETH CLEANED. I WAS SEEN BY THE DENTAL HYGIENIST TRACY AROCHIE. AFTER MY VISIT WITH HER I BEGIN EXPERIENCING EXTREME PAIN AROUND MY GUMS, THEY BEGIN BLEEDING AND

WHEN I WENT BACK TO THE DENTIST, I SAW DR. BURKETT, WHO INFORMED ME THAT MS. AROCHIE HAD CAUSED THE DAMAGE TO MY MOUTH, AND THAT SHE HAD BEEN FIRED DUE TO HER NOT HAVING A LICENSE. HE BEGIN TO TREAT ME AND ALTHOUGH HE PROVIDED ME WITH HER NAME HE WOULD NOT GIVE ME THE ADDRESS FOR THE COMPANY THEY ARE UNDER CONTRACT WITH.

I AM FIRST SUING SMALLWOOD PRISON DENTAL SERVICES, BECAUSE THEY CONTRACTED AN UNLICENSED DENTAL HYGIENIST TO PROVIDE DENTAL SERVICES THAT RESULTED IN MY INJURY. SUBJECTING ME TO MEDICAL DELIBERATE INDIFFERENCE, MEDICAL MALPRACTICE AND CRUEL AND UNUSUAL PUNISHMENT. I AM SUING TRACY AROCHIE, BECAUSE SHE ACTED AS A LICENSED PROFESSIONAL AND IT WAS SHE THAT CAUSED INJURY TO MY MOUTH.

I AM NOT AT THIS TIME SUING DR. BURKETT, FOR MONEY, BUT I AM SUING HIM REQUESTING THAT HE SPEAK THE TRUTH, THAT HE SUBMIT MY DENTAL FILE AND THAT HE SUPPLY ME AND THE COURT WITH THE ADDRESS TO SMALLWOOD PRISON DENTAL SERVICES.

### RELIEF SOUGHT

THE PLAINTIFF IS SUING SMALLWOOD PRISON DENTAL SERVICES AND DR. TRACY AROCHIE FOR THE SUM OF $150,000 IN PUNITIVE AND COMPENSATORY DAMAGES AND DR. BURKETT REQUESTING THAT HE SHARE THE TRUTH, SUBMIT MY DENTAL FILE AND THE ADDRESS TO SMALLWOOD PRISON DENTAL SERVICES.

RESPECTFULLY SUBMITTED

Stacey McKinney

Stacey McKinney 155499
P.O Box 5107
Union Springs Al. 36089

MONTGOMERY AL 361
07 FEB 2008 PM 1 T

USA FIRST-CLASS FOREVER
USA FIRST-CLASS FOREVER

Clerk
US District Court
P.O. Box 711
Montgomery Al 36101

36101+0711 B007