```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004012
Cashier ID: cstrecke
Transaction Date: 02/25/2008
Payer Name: BULLOCK COUNTY CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: STACY MCKINNEY
 Case/Party: D-ALM-2-08-CV-000090-001
 Amount:         $9.27
------------------------------------
CHECK
 Remitter: BULLOCK CO CORR FAC
 Check/Money Order Num: 22303
 Amt Tendered:  $9.27
------------------------------------
Total Due:       $9.27
Total Tendered:  $9.27
Change Amt:      $0.00

DALM208CV90-F
INITIAL FILING FEE
```