| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery  2/2?/0? |
| 1. Article Addressed to:<br><br>Smallwood Prison Dental Services<br>c/o Bullock County Correctional Facility<br>P. O. Box 5107<br>Union Springs, AL 36089-5107 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>2:08CV90  C & D<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service) | 7007 2680 0003 1841 6841 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>[signature]  2/27/08 |

1. Article Addressed to:

Tracy Arochie, Dentist
c/o Bullock County Correctional Facility
P. O. Box 5107
Union Springs, AL 36089-5107

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:08CV 90
C + O

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 2680 0003 1841 6865

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_[handwritten]_  2/27/08 |
| 1. Article Addressed to:<br><br>Dr. Burkett, Dentist<br>c/o Bullock County Correctional Facility<br>P. O. Box 5107<br>Union Springs, AL 36089-5107 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:08CV90<br>C + O |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2680 0003 1841 6858 |

Domestic Return Receipt  102595-02-M-1540