IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACY B. McKINNEY, #155499, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:08-CV-90-MEF |
| | ) |
| SMALLWOOD PRISON DENTAL SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

In his complaint, the plaintiff names Tracy Arochie as a defendant. Service was attempted but unperfected on Tracy Arochie because she was not at the address provided by the plaintiff. If a person has not been served, she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Tracy Arochie, the plaintiff must furnish the clerk's office with correct addresses for this individual. Accordingly, it is

ORDERED that on or before March 31, 2008 the plaintiff shall furnish the clerk's office with the correct address of Tracy Arochie. **The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served**. This is the plaintiff's responsibility. Moreover, the plaintiff is specifically cautioned that if service is not perfected on Tracy Arochie she will not be considered a party to this cause of action, the court will on its own initiative dismiss the claims against Tracy Arochie and this case will proceed against only the defendants on whom

service has been perfected.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

    Done this 11th day of March, 2008.

                              /s/ Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE