STACEY B. MCKINNEY
v                                              2:08cv90
SMALLWOOD PRISON DENTAL SERVICES ET AL

From what I understand, the inmate Stacy McKinney won a substantial amount of money from a lawsuit a few years ago. It seems as if he is up to his old tricks again. He is looking for another big payday. He often bost about how he could aford the finner things in life, and shower women with expensive gifts such as cars and large diamond rings.

The dental assistant Mrs. Carold Battle was aquainted with Stacy McKinney before he came to prison, and often sees his wife some times around town. This familiarity allowed the inmate to start conversation and hang around more than he should have.

El-Cid V. Burkett D.D.S.

EL-CID V. BURKETT D.D.S.
    Dentist
Bullock Correctional Facility

State of Alabama
Bullock County
Barbara D Lewis
18 Feb 2012

The inmate patient has practice poor oral hygiene, and has complained of sore gums (gingiva) with pain and bleeding. These oral soft tissue problems date back to April 2004. This was long before Miss. Archie and I ever arrived at Bullock Corr. Fac. to work.

I do not know the status of Miss. Archie's license. She was our dental hygienist here at Bullock Corr. Fac. for about six months. She did not come to work with the New Company "CMS" which took over healthcare for A.D.O.C starting Nov. 1, 2007. I think she just didn't like working here in Corrections and perfered private practice instead.

I have no knowledge of Miss. Archie ever being fired from her job here at Bullock Corr. Fac. She was a good hygienist and worked well with the dental staff. We really enjoyed working with her

El-Col V. Burkett D.D.S

I really don't care who knows the hygienist name, or my name for that matter. I don't have anything with Smallwoods' address on it, and I don't know Smallwoods' address. How could he have gotten that from me!

El-ed V. Buttons

1. What type of damage occurred to the patient Stacy McKinney mouth?

2. When did this damage occur?

3. Why did he not come to the dentist for treatment if there was any damage?

4. April 24, 2007 The patient was treated for bleeding and sore gums.

5. May 5, 2007 The patient was treated by the hygienist.

Et-enl Burkitt D.D.S.



DEPARTMENT OF CORRECTIONS

MENTAL HEALTH SERVICES

# DENTAL RECORD

## DENTAL EXAMINATION

## RESTORATIONS AND TREATMENTS

Date of Initial Examination: 4/28/04

Initial Classification: _____

Oral Pathology ................................
- Gingivitis
- Vincent's Infection
- Stomatitis
- Other Findings

Occlusion _____

Roentgenograms .................
- Periapical
- Bitewing
- Other

### Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Rheumatic Fever | ☐ | ☒ | V.D. |
| ☒ | ☐ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☒ | Hepatitis |
| ☒ | ☐ | Present Medication | ☐ | ☒ | Anemia or Bleeding Problems |
| ☒ | ☐ | Epilepsy | ☐ | ☒ | Heart Disease |
| ☐ | ☒ | Asthma | ☐ | ☒ | High Blood Pressure |
| ☐ | ☒ | Diabetes | ☐ | ☒ | Kidney Disease |
| ☐ | ☒ | HIV | ☐ | ☒ | Other Disease |

### SERVICES RENDERED

| Date | Tooth # | DX | TX | Initials | Class |
|---|---|---|---|---|---|
| 4/28/04 | | | Exam, Prophy, OHI. Pt had heavy calculus deposits with heavy bleeding upon probing — | JLRDD | |
| 5/26/05 | | | Pt. claims gum tissue is sore + painful in area of missing bicuspids. Pt requested partials; pt. does not have enough missing teeth. < 6 teeth in arch. Presc. 2 tablets of Peridex tid x 3 days. | | |
| 9-5-06 | | | Gross Scale, OHI. Pt had heavy calculus deposits c heavy bleeding upon probing. | MRE | RPL |

INMATE NAME (LAST, FIRST, MIDDLE): McKinney, Stacey

DOC#: 155499

DOB: _____

R/S: _____

PHS-MD-70015

El-eid Buk H D.D.S.



**PRISON HEALTH SERVICES INCORPORATED**

## DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|---|---|---|---|---|---|
| 10/12/05 | | | CC: Sore gum tissue in area of 12-13 extraction site. Listerine rinsing & applied dressing. | | |
| 4/26/07 | | | Reviewed Pt Med Hx; Pt c/o bleeding gums and pain: gingivitis; tetracycline gum; Pt will get Peridex prescription today for DMH office— | EVB | |
| 5-2-07 | | | Pm H, scal, floss, OHI, ooh, stained cou, moany cal & stain, smoker — | JT | PDH |
| Sept 12, 07 | | | Reviewed Pt Med Hx; On/um mouth sores anthrax ulcer, Orabase; Peridex Rincinol | EVB | |
| Sept 12, 07 | | | Reviewed Pt Med Hx; 2% lidocaine HCl 1.8cc (x1) ē Epi n.to 000_ Med given for pain — | TPP | |
| Oct. 18, 07 | | | Reviewed Pt Med Hx; Pt c/o small sore in mouth Anthymxylem; Rx Rincinol mouthwash used; advised Pt of condition yet nom or prison for info hygiene tech | PTB | |
| Oct. 22, 07 | | | Reviewed Pt Med Hx; Pt c/o tongue being sore lingual surf of tongue at the tip 3 mouth sores yellowish ē red halo; Recurrent Aphthous stomatitis; Used Rincinol mouth rxn and Orabase; pt said mouth felt better, continue tx ~ 3 more days — | EVB | |
| Nov. 15, 07 | | | Reviewed Pt Med Hx and Dent Hx; Pt c/o pain from mouth sores; Recurrent Aphthae ulcers buccal mucosa | EVB | |
| 1/9/08 | | | Reviewed Pt Med Hx; Recurrent Aphthae ulcer some onnalip upper lip and tip of tongue Tx Rincinol and Orabase to lesions. Will observe Pt condition | EVB | |
| 2/11/08 | | | Reviewed Pt Med and Dent Hx; Oral sx compound Pt c/o gums being sore mandibular ant. area bf gs Perirdx br pocket; redness with calculus nxnd scalings. Rinse c Peridex will scale ant trackt | EVB | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|---|---|---|---|---|---|
| McKinney | Stacy | | 10/7/62 | B/m | 15549 |

PHS-MD-70022

Aphthous Stomatitis seen in this patient occurred on buccal and labial mucosa and also on the tongue. I have not seen a lesion involving bound periosteum.

The inmate present with poor oral hygiene and a history of having heavy calculus formation. This could lead to gingivitis and periodontal disease.

I do not know what kind of damage the inmate said occurred to his mouth. I have not observed any cuts or abrasions to his gingiva (gums) and he has not complained of any teeth being loose.

It is unlikely these mouth sores occurred due to a teeth cleaning. These are the areas where I have observed Aphthous ulcers in this patient.



El-Ad V. Burkett DDS

RECEIVED

2008 MAR 19 A 9: 36

DEBRA P. HACKETT, CL

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACEY B. McKINNEY, #155499, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08-CV-90-MEF |
| ) | |
| SMALLWOOD PRISON DENTAL ) | |
| SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

A 42 U.S.C. § 1983 action has been filed by a person alleging a violation of his civil rights during his incarceration in a state correctional facility. The Magistrate Judge has reviewed the complaint and determined that this pleading cannot be properly and effectively processed by the court without further additional information from the defendants. Accordingly, it is hereby

ORDERED that:

1. The defendants undertake a review of the subject matter of the complaint (a) to ascertain the relevant facts and circumstances; (b) to consider whether any action should be taken by prison officials to resolve the subject matter of the complaint; and (c) to determine whether other similar complaints, whether pending in this court or elsewhere, should be considered together.


5701 East ~~~~~ Lane 806
Montgomery, ~~~~~ 36117



OFFICE OF The Clerk

United States District Court

P.O. Box 711

Montgomery, Alabama 36101-0711