IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

STACEY B. MCKENNEY #155499

    PLAINTIFF

V.

SMALLWOOD PRISON DENTAL SERVICES

    DEFENDANTS

CIVIL ACTION NO: 2:08-CV-90-MEF

## MOTION FOR LEAVE TO FILE MOTION TO COMPEL

COMES NOW, THE PLAINTIFF IN THE ABOVE STYLED CAUSE AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH HIS MOTION FOR LEAVE TO FILE MOTION TO COMPEL AND PRAYS THAT THE SAME IS GRANTED

DONE ON THIS 18th DAY OF MARCH 2008

RESPECTFULLY SUBMITTED

*Stacey B McKinney*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE ON THIS 18th DAY OF MARCH 2008 BY PREPAID US MAIL SERVED A COPY OF THE SAME ON DR. BURKETT P.O. BOX 507 UNION SPRINGS AL. 36089.

*Stacey B McKinney*

STACEY B. MCKINNEY

#155499

P.O. BOX 507

UNION SPRINGS AL. 36089

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

STACEY B. MCKINNEY #195499

    PLAINTIFF

V.                                                         CIVIL ACTION NO 2:08-CV-90-MEF

SMALLWOOD PRISON DENTAL
SERVICES et al
    DEFENDANT

RECEIVED 2008 MAR 19 A 9:38 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## MOTION TO COMPEL

COMES NOW, THE PLAINTIFF IN THE ABOVE STYLED CAUSE OF ACTION AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH HIS MOTION TO COMPEL AND IN SUPPORT STATES

1. ON 3/11/08 THIS HONORABLE COURT ISSUED AN ORDER FOR THE PLAINTIFF TO PROVIDE THE ADDRESS OF DEFENDANT AROCHIE.

2. THE PLAINTIFF IS AN INMATE AND DEFENDANT BURKETT WHO QUESTIONED THE PLAINTIFF UPON BEING SERVED THIS ACTION WILL NOT PROVIDE THE PLAINTIFF WITH NO INFORMATION. AND BEING AN INMATE HE CAN NOT OBTAIN ADDRESSES OF EMPLOYEES OR EX-EMPLOYEES. DEFENDANT BURKETT EVEN REFUSED TO GIVE THE PLAINTIFF THE ADDRESS OF THE COMPANY HE WORKS FOR. WHICH IS THE ONLY WAY THE DEFENDANT CAN BE OBTAINED.

WHEREFORE, THE PLAINTIFF REQUESTS AND MOVES THAT THIS HONORABLE COURT COMPELS DEFENDANT BURKETT AND SMALLWOOD PRISON DENTAL SERVICES TO PROVIDE THE COURT WITH THE LAST KNOWN ADDRESS OF TRACY AROCHIE, SO THAT SHE CAN BE SERVED. IF SHE'S NO LONGER EMPLOYED BY THE STATE AND MUST BE SERVED AT HER HOME, THEN IT WOULD

be in violation of prison rules and regulations for the inmate plaintiff to have this information and surely it is not the intentions of the court to order the plaintiff to violate prison rules

WHEREFORE, the plaintiff prays that his motion is granted and that Smallwood Prison Services and Dr. Burkett be ordered to provide this court with the address of Tracy Aroching.

Done on this 18th day of March 2008

RESPECTFULLY SUBMITTED

*Stacey B McKinney*

Stacey B. McConkey 155499
P.O Box 2107
Union Springs, AL. 36089

Legal Mail

United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

35101+0711

MONTGOMERY AL 361
18 MAR 2008 PM 4 T

USA 41
LET US DARE TO R
THINK, SPEAK AN
John Adams, 1765
Powelcivilities