IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STACY B. McKINNEY, #155499, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08-CV-90-MEF |
| | ) | |
| SMALLWOOD PRISON DENTAL SERVICES, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file a motion to compel filed by the plaintiff on March 19, 2008 (Court Doc. No. 9), and for good cause, it is

ORDERED that:

1. This motion be and is hereby DENIED to the extent the plaintiff seeks leave to file a motion compelling defendant Burkett to provide an address for Tracy Arochie as defendant Burkett has advised the court he does not know the address of Ms. Arochie.

2. This motion be and is hereby GRANTED to the extent the plaintiff seeks leave to file a motion compelling Smallwood Prison Dental Services to provide an address for Tracy Arochie.

3. On or before April 3, 2008, Smallwood Prison Dental Services shall show cause

why the motion to compel should not be granted.

To aid in receiving a response to this order, the Clerk is DIRECTED to provide a copy of this order to the dental heath care provider at Bullock County Correctional Center, counsel for Correctional Medical Services, Inc. and counsel for Prison Health Services, Inc.

Done this 20th day of March, 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE