IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACEY B. McKINNEY #155499, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 2:08-CV-90-NEF |
| SMALLWOOD PRISON DENTAL ) | |
| SERVICES, ET AL., ) | |
| ) | |
| Defendants. ) | |

### RESPONSE OF DEFENDANT EL-CID V. BURKETT, D.D.S. TO COURT'S ORDER OF FEBRUARY 26, 2008 (DOC. 5)

COMES NOW El-Cid v. Burkett, D.D.S., by and through the undersigned counsel, and in response to this Court's Order of February 26, 2008 (Doc. 5), states as follows:

On or about February 8, 2008, plaintiff Stacey McKinney, #155499, filed an action against Smallwood Prison Dental Services, El-Cid Burkett and Tracy Arochie (sic) (Doc. 1). The lawsuit alleged that defendant Arochie had treated the plaintiff while incarcerated at the Bullock County Correctional Facility while not correctly licensed as a dental hygienist. The Complaint claims damages from Smallwood Prison Dental Services for allowing defendant Arochie to allegedly treat the plaintiff while allegedly not correctly licensed. (Doc. 1).

The Complaint states that the plaintiff is not suing Dr. Burkett for money but is only seeking the submission of his dental file and the address of Smallwood Prison Dental Services. (*Id.*) On March 20, 2008, this Honorable Court ordered that on or before April 3, 2008, Smallwood Prison Dental Services is to show cause why the

{B0832188}

plaintiff's motion to compel the production of the address for Tracy Arochie (sic) should not be produced. Therefore, there remain no claims against Dr. Burkett in this matter.

Dr. Burkett is a dentist licensed to practice dentistry in the state of Alabama and has been so since 1997. Dr. Burkett is also a licensed dentist in the states of Kentucky and New York. (Affidavit of Dr. Burkett attached hereto as Exhibit 1). Dr. Burkett is currently an independent contractor performing dentistry for Correctional Medical Services. (*Id.*). CMS holds the contract that provides medical and dental services to inmates incarcerated with the Alabama Department of Corrections (*Id.*). CMS has held this contract since November 1, 2007. (*Id.*).

Dr. Burkett is unaware of any individual by the name of Tracy Arochie ever practicing dental hygiene at the Bullock County Correctional Facility (*Id.*). Dr. Burkett is aware that prior to November 1, 2007, a dental hygienist by the name of Tracy Archie worked at the Bullock County Correctional Facility for Smallwood Prison Dental Services. (*Id.*) Tracy Archie was never employed by Correctional Medical Services and never provided dental hygiene services to any inmates at the Bullock Correctional Facility subsequent to November 1, 2007. (*Id.*). The defendant, El-Cid Burkett, D.D.S., requests that any and all claims against him in this action be dismissed with prejudice.

              s/ Philip G. Piggott
              Philip G. Piggott
              ASB-4379-P67P
              Email: ppiggott@starneslaw.com

{B0832188}

Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL  35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099

Attorney for El-Cid v. Burkett, D.D.S.

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system. In addition, I do hereby certify that I have caused a copy of the foregoing pleading to be mailed to the following non-AlaFile participant:

Stacey B. McKinney #155499
Bullock County Correctional Facility
P.O. Box 5107
Union Springs, AL  36089-5107

s/ Philip G. Piggott
Philip G. Piggott
ASB-4379-P67P
E-Mail: pgp@starneslaw.com

{B0832188}

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACEY B. McKINNEY #155499, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 2:08-CV-90-NEF |
| SMALLWOOD PRISON DENTAL ) | |
| SERVICES, ET AL., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF EL-CID BUKETT, DDS

STATE OF ALABAMA )
Bullock COUNTY )

BEFORE ME, the undersigned authority, in and for said County and State, personally appeared El-Cid V. Burkett, DDS, who, after being duly sworn by me under oath, deposes and says as follows:

1. My name is **El-Cid V. Burkett.** I am over the age of nineteen (19) years and I have personal knowledge of all matters stated herein.

2. I am currently an Independent Contractor performing dentistry for Correctional Medical Services, Inc. ("CMS"). I am a licensed dentist in the State of Alabama and have been since 1997. I am also a licensed dentist in the states of New York and Kentucky.

3. Correctional Medical Services is a contractor that provides medical and dental services to inmates incarcerated with the Alabama Department of Corrections and

{B0832195}

have been since November 1, 2007. I practice dentistry at the Bullock County Correctional Facility.

4. I am unaware of any individual by the name of Tracy Arochie ever practicing dental hygiene at the Bullock County Correctional Facility.

5. I am, however, aware of a dental hygienist by the name of Tracy Archie who worked at the Bullock County Correctional Facility for Smallwood Prison Dental Services. To my knowledge, Tracy Archie was never employed by Correctional Medical Services and never provided dental hygiene services to any inmates at the Bullock Correctional Facility subsequent to November 1, 2007.

6. I am familiar with the standard of care of Dentists for examining and treating patients such as Stacey McKinney. I have thoroughly reviewed and am familiar with the complete dental records pertaining to the dental care and treatment of Mr. McKinney during his incarceration at the Bullock County Correctional Facility. (A complete copy of Mr. McKinney's dental records kept at the Bullock County Correctional Facility in the normal course of business, is attached hereto as Exhibit A).

7. It is my professional opinion, based on my review of the dental records pertaining to Mr. McKinney's care and treatment, and my education, training, and experience, that the dental care provided to Mr. McKinney has at all times met or exceeded the standard of care for Dentists practicing dentistry within the State of Alabama.

FURTHER AFFIANT SAITH NOT.

2

{B0832195}

Dated this the 7th day of April, 2008.

*El-Cid V. Burkett DDS*
El-Cid V. Burkett, DDS

STATE OF ALABAMA    )
Bullock COUNTY      )

I Leola Cooks in and for said county and state, hereby certify that El-Cid V. Burkett, DDS, whose name is signed to the foregoing and who is known to me, acknowledged before me this day, that being informed of the contents thereof, voluntarily executed the same on the day of its date.

Given under my hand the seal of this 7th day of April, 2008.

*Leola Cooks*
NOTARY PUBLIC

My Commission Expires: 1-15-2010

3

(B0832195)

# EXHIBIT A



**DEPARTMENT OF CORRECTIONS**

**MENTAL HEALTH SERVICES**

## DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination: 4/28/04

Initial Classification:

Oral Pathology ........................
- Gingivitis
- Vincent's Infection
- Stomatitis
- Other Findings

Occlusion:

Roentgenograms ........................
- Periapical
- Bitewing
- Other

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Rheumatic Fever | ☐ | ☒ | V.D. |
| ☒ | ☐ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☒ | Hepatitis |
| ☒ | ☐ | Present Medication | ☐ | ☒ | Anemia or Bleeding Problems |
| ☒ | ☐ | Epilepsy | ☐ | ☒ | Heart Disease |
| ☐ | ☒ | Asthma | ☐ | ☒ | High Blood Pressure |
| ☐ | ☒ | Diabetes | ☐ | ☒ | Kidney Disease |
| ☐ | ☒ | HIV | ☐ | ☒ | Other Disease |

### SERVICES RENDERED

| Date | Tooth # | DX | TX | Initials | Class |
|---|---|---|---|---|---|
| 4/28/04 | | | Exam, Prophy, OHI. Pt had heavy calculus deposits with heavy bleeding upon probing | | |
| 5/26/05 | | | Pt. claims gum tissue is sore + painful in area of missing bicuspide. Pt requested partials/pt. did not have enough missing teeth. < 6 teeth in arch. Presc. 2 tablets of peroxacin tid x 3 days. | | |
| 9-5-06 | | | Gross Scale, OHI. Pt had heavy calculus deposits & heavy bleeding upon probing. | MKL | RDH |

INMATE NAME (LAST, FIRST, MIDDLE): McKinney, Stacey
DOC#: 155499
DOB:
R/S:

PHS-MD-70015



**PRISON HEALTH SERVICES INCORPORATED**

## DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|---|---|---|---|---|---|
| 10/12/05 | | | CC: Sore gum tissue in area of 12-13 extraction site. Listerine rinsing & applied dressing. | | |
| 4/26/07 | | | Reviewed Pt Med Hx; Pt c/o bleeding gums and pain: gingivitis; tetracycline gums; Pt will cont Perio/hyg meas once a day for Dhl a Frag — | EVB | |
| 5-2-07 | | | PM Hyscal, floss, OHI, OOH, flossed cou, roany cal & stain, smoker — | ST | PDH |
| Sept. 12, 07 | | | Reviewed Pt Med Hx; Onl w/m mouth sores anthra ulcer, Orabase; Peroxyl Rincins/ | EVB | |
| Sept 13, 07 | | | Reviewed Pt Med Hx — 2% lidocaine HCl 1.7cc (x1) o5m h/O 000 — Med once for pain — | TA | |
| Oct. 18, 07 | | | Reviewed Pt Med Hx; Pt c/o small sore in mouth Anthmry/om; Rx Rincinsl methmed vsml advised Pt if condition yet worse prior to next hyg apt 3wl | EVB | |
| Oct. 22, 07 | | | Reviewed Pt Med Hx — Pt c/o tongue being sore lmgnl sot of tongue at the tip 3 mouth sores yellowish & red holo; Recurrent Aphthous stomatitis /used; Rincins/ moth wosh and Orabase; pt will monta f/u petho, contn try fu~3m dys — | EVB | |
| Nov. 15, 07 | | | Reviewed Pt Med Hx and Dent Hx; Pt c/o pain from mouth sons; Recurrent Aphthae ulcers buccal mucosa | EVB | |
| 1/9/08 | | | Reviewed Pt Med Hx; Recurrent Aphtha ulcer Loom amelia uppe lip and top of tongue Tx Rincinol and Orabase as lis rons. will observe Pt condition | EVB | |
| 2/11/08 | | | Reviewed Pt Med and Dent Hx; Oral exam perfmd Pt c/o gums being sore mandibn ant. area 27-25 Perochg br perklt; redness with calculus nr'd scbgv. Rinse & Perochs rnll scwlgs out g/xclrb | EVB | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|---|---|---|---|---|---|
| McKinney | Stacy | | 10/7/62 | B/m | 15549 |

PHS-MD-70022

Aphthous Stomatitis seen in occurred on buccal and labial mucosa and also on the tongue. I have not seen a lesion involving bound periosteum.

The inmate present with poor oral hygiene and a history of having heavy calculus formation. This could lead to gingivitis and periodontal disease.

I do not know what kind of damage the inmate said occurred to his mouth. I have not observed any cuts or abrasions to his gingiva (gums) and he has not complained of any teeth being loose.

It is unlikely these mouth sores occurred due to a teeth cleaning. These are the areas where I have observed Aphthous ulcers in this patient.



El-Ad V. Burkett DDS