IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACY B. McKINNEY, #155499, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:08-CV-90-MEF |
| | ) |
| SMALLWOOD PRISON DENTAL SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that:

1. Smallwood Prison Dental Services ["Smallwood"] be and is hereby GRANTED an extension from April 3, 2008 to and including April 21, 2008 to file a response in compliance with the order entered on March 20, 2008 (Court Doc. No. 10).

2. Smallwood be and is hereby GRANTED an extension to and including May 2, 2008 to file a special report in compliance with the directives of the order entered on February 26, 2008 (Court Doc. No. 5).

The Clerk is DIRECTED to provide a copy of the complaint (Court Doc. No 1), this order, the February 26, 2008 order of procedure (Court Doc. No. 5), and the order entered on March 20, 2008 (Court Doc. No. 10) to Smallwood Prison Dental Services, Inc. at 44031 Pipeline Plaza Suite 300, Ashburn, Virginia, 20147. The Clerk shall also furnish a copy of the aforementioned orders to the administrator of dental services at Bullock County

Correctional Facility and counsel for Prison Health Services, Inc.

    Done this 8th day of April, 2008.


                       /s/ Terry F. Moorer
                      TERRY F. MOORER
                      UNITED STATES MAGISTRATE JUDGE