**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION**

| | | |
|---|---|---|
| **STACEY B. McKINNEY #155499,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 2:08-CV-90-NEF** |
| **SMALLWOOD PRISON DENTAL SERVICES, ET AL.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT EL-CID V. BURKETT, D.D.S.'S SUPPLEMENT TO RESPONSE TO COURT'S ORDER OF FEBRUARY 26, 2008 (DOC. 5)**

COMES NOW the Defendant, El-Cid V. Burkett, D.D.S., and supplements his Response to the Court's Order of February 26, 2008 [Doc. 5] filed on April 8, 2008 [Doc. 11], attaching hereto further medical records pertaining to the plaintiff, Stacey B. McKinney, #155499.

s/ Philip G. Piggott
Philip G. Piggott
ASB-4379-P67P
Email: ppiggott@starneslaw.com
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099

Attorney for El-Cid V. Burkett, D.D.S.

CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system. In addition, I do hereby certify that I have caused a copy of the foregoing pleading to be mailed to the following non-AlaFile participant:

Stacey B. McKinney #155499
Bullock County Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

s/ Philip G. Piggott
Philip G. Piggott
ASB-4379-P67P
E-Mail: pgp@starneslaw.com



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>Use Last Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>Use Fourth Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>Use Third Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>Use Second Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: McKinney, Stacey 155499<br>D.O.B. 10/7/62<br>ALLERGIES: NKA<br>Date 1/9/08<br>Noted Kaylor 1/9/08 1635 | DIAGNOSIS<br>Ibuprofen 800 mg PO Tid x 10 days<br>Tetracycline 500 mg PO Tid x 10 days<br>El-Ad Barb[illegible] D.O.<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME: McKenney Stacy 155499
D.O.B. / /
ALLERGIES:
Use Last Date 10/9/07

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:
D.O.B. / /
ALLERGIES:
Use Fourth Date 9/17/07

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: McKenney Stacey
AIS# 155499
D.O.B. / /
ALLERGIES:
Use Third Date 9/17/07

DIAGNOSIS (If Chg'd)

Dilantin 300mg

Depakote 500mg

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: McKinney, Stacey
D.O.B. 10/ /62
ALLERGIES: NKA
Use Second Date 9/12/07

DIAGNOSIS (If Chg'd)

Ibuprofen 800mg PO Tid x 10 days
Pen VK 500mg PO Tid x 10 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: McKenney Stacey
AIS# 155499
D.O.B. / /
ALLERGIES: NKA
Use First Date 7/30/07

DIAGNOSIS
D/C Current meds.
Tegretol 100mg PO Tid x 180 days.
Dilantin 300mg PO Tid x 180 days
Depakote 500mg PO Tid x 180 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

Correctional Medical Services
Physician's Orders

| | | Start Date & Time | |
|---|---|---|---|
| Name McKinney, Stacey | 33. | | |
| DOB 10/7/62 | 34. | | Tetracycline 500mg PO Tid x 10 days |
| Location Bullock CF | 35. | | Piroxicam 20mg PO Tid x 10 days |
| Allergies NKA | 36. | | Ibuprofen 800mg PO Tid x 10 days |
| | 37. | | [illegible] DDS |
| | 38. | | |
| | 39. | | Dispense As Written ______ M.D. |
| | 40. | | Substitute Permitted ______ M.D. |

? 7116 Rev 1/2003

Correctional Medical Services
Physician's Orders

Name McKinney Stacey
DOB
Location
Allergies
153499 4/3/8

Start Date & Time 3-3-08

Amoxicillin ... x 7d

Dispense As Written ______ M.D.
Substitute Permitted ______ M.D.

Name
DOB
Location
Allergies
4/3/8

Start Date & Time

① 4 mg Predn ... x 3 days
② ... diet x 20 days

Dispense As Written ______ M.D.
Substitute Permitted ______ M.D.

Name
DOB
Location
Allergies

Start Date & Time

①
②
③
④

Dispense As Written ______ M.D.
Substitute Permitted ______ M.D.

Name McKinney, Stacey
DOB 10/07/62
Location Bullock Cor Fac.
Allergies NKA

Start Date & Time 3/18/08 1900

① Clindamycin 150 mg PO TID x 10 days
② Ibuprofen 800 mg PO TID x 10 days

Dispense As Written ______ M.D.
Substitute Permitted ______ M.D.

Name McKinney
DOB Stacey
Location
Allergies

Start Date & Time 2/15/08

4 mg Prednisone ...

Dispense As Written ______ M.D.
Substitute Permitted ______ M.D.

2/15/08

CMS 7116 Rev 1/2003



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: McKinney Stacy

Date of Birth: 10/7/62 Social Security No.: 417/96/3224

Date: 9/6/06 Time: 1200 A.M. P.M.

This is to certify that I, Stacey McKinney (Print Inmate's Name), currently in custody at the BCCF (Print Facility's Name), am refusing to accept the following treatment/recommendations: Medications as ordered for Seizures (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

Stacey McKinney (Signature of Inmate)** V Smith [illegible] (Signature of Medical Person)

[illegible] (Witness) [illegible] (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

PRISON HEALTH SERVICES

# NON-COMPLIANCE NOTICE

**The following has been observed and documented per non-compliance policy:**

**CLASS**

________ Diet

✓ Medication

________ Treatment

**SPECIFIC**

ADA ________
CARDIOVASCULAR ________
ALT. G.I. ________
OTHER ________

INFECTIOUS ________
ACUTE ________
CHRONIC ________
PSYCHIATRIC ________
OTHER Seizures

BLOOD PRESSURE ________
DRESSING ________
ACCUCHECK ________
OTHER ________

**ACTION TAKEN BY NURSING:**

✓ Counseling
________ Discontinue Medication
________ Re-assign Schedule

________ Placed on sick call
________ Inform MH Department
________ M.A.R. Review

**ACTION TAKEN BY PRESCRIBERS:**

________ Physician
________ P.A.
________ Psychiatrist

________ Counseling
________ Discontinue Meds
________ Discontinue Tx
________ Change Meds
OTHER ________

**ACTION TAKEN BY INMATE:**

________ Treatment Refusal Signed
________ Explanation of Non-Compliance

________ Refuses to sign

Stacey M S Kinney

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| McKinney Stacy | 155499 | 10/7/62 | B M | Bcf |

PHS-MD-70057



DEPARTMENT OF CORRECTIONS
NURSE'S
# SEIZURE CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES |
|---|---|---|---|
| DATE/TIME 9/6/06 1250 | | | NKA |
| O: VS T 98 P 72 R 20 | | | |
| BP 120/60 WT 184.5 | | | |
| Age of onset 40 y/o<br>Type of seizure Gran Mal | | | |
| Head Trauma | (Y) | N | |
| Drug Related | Y | (N) | |
| Frequency of seizure Infrequent<br>Last seizure<br>Description of any SZ activity since last CCC Cant remember | | | |
| Anticonvulsant drug levels drawn: | (Y) | N | |
| Date: 6/7/06 | Y | (N) | |
| Compliant with meds | (Y) | (N) | P: LABS REVIEWED |
| KOP | Y | (N) | |
| Bottom Bunk profile | (Y) | N | Dilantin 2.9 |
| Recently admitted to hospital/infirmary:<br>Date | Y | (N) | Tegretol 2.0 |
| | | | |
| | | | |
| | | | |
| | | | CURRENT MEDICATIONS: |
| Notes: | | | Dilantin 100 mg TID |
| E: Instructed on the | | | Depakote 500 TID |
| need for Medication | | | ~~Tegretol 300mg TID~~ |
| Compliance to Maintain | | | |
| Therapeutic Blood | | | |
| levels | | | Status: (circle)<br>Improved, Unchanged, Worsened |
| | | | Level of Control: (circle)<br>(Good), Fair, Poor |
| Stacey M. Skinner | | | CCC WITH NURSE (circle)<br>1, 2, (3) Months |
| Education Done | (Y) | N | CCC WITH MD (circle)<br>1, 2, (3), 4, 5, 6 Months |
| Topic: Non Compliance | | | |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| McKinney, Stacey | 155499 | | BM | [illegible signature] |

Control: Good—No seizure activity since last visit
Fair—One seizure since last visit
Poor—More than one seizure since last visit

Status: Improved—The number of seizures has diminished
Unchanged—The frequency of seizures has remained the same
Worsened—The number of seizures has increased

PHS

DEPARTMENT OF CORRECTIONS
NURSE'S
# SEIZURE CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES |
|---|---|---|---|
| DATE/TIME 9/6/06 1250 | | | NKA |
| O: VS T 98 P 72 R 20 | | | |
| BP 120/60 WT 184.5 | | | |
| Age of onset 40 y/o | | | |
| Type of seizure Gran Mal | | | |
| Head Trauma | (Y) | N | |
| Drug Related | Y | (N) | |
| Frequency of seizure Infrequent | | | |
| Last seizure | | | |
| Description of any SZ activity since last CCC Can't remember | | | |
| Anticonvulsant drug levels drawn: | (Y) | N | |
| Date: 6/7/06 | Y | (N) | |
| Compliant with meds | (Y) | (N) | P: LABS REVIEWED |
| KOP | Y | (N) | |
| Bottom Bunk profile | (Y) | N | Dilantin 2.9 |
| Recently admitted to hospital/infirmary: Date | Y | (N) | Tegretol 2.0 |
| | | | |
| | | | |
| | | | |
| | | | CURRENT MEDICATIONS: |

**Notes:**

E: Instructed on the need for Medication Compliance to Maintain Therapeutic Blood levels

Stacey McKinney

CURRENT MEDICATIONS (cont.): Dilantin 100 a TID; Depakote 500 TID; ~~Tegretol 300mg TID~~

Status: (circle) Improved, Unchanged, Worsened

Level of Control: (circle) (Good), Fair, Poor

CCC WITH NURSE (circle) 1, 2, (3) Months

Education Done (Y) N

Topic: Mix Compliance

CCC WITH MD (circle) 1, 2, (3), 4, 5, 6 Months

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| McKinney, Stacy | 55499 | | BM | [illegible signature] |

Control: Good—No seizure activity since last visit
Fair—One seizure since last visit
Poor—More than one seizure since last visit

Status: Improved—The number of seizures has diminished
Unchanged—The frequency of seizures has remained the same
Worsened—The number of seizures has increased

PRISON HEALTH SERVICES

Nurse's Chronic Care Clinic

Date: 6/7/06 Time: 10:28 Facility: BCCF

Check all applicable CICs being evaluated: ✓ Card/HTN _DM_GI_ID_PUL_SZ_TB

Vital Signs: BP 118/68 P 76 R 18 T 97.4

SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates:__ N/A
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____Dates:____
For seizure patients, list the # of witnessed seizures since the last CIC visits: ____Dates:____

ALLERGIES: NKA CURRENT DIET: Reg Low NA
MEDICATIONS: listed
DESCRIBE MED AND DIET ADHERANCE: Compliant
DESCRIBE ANY MED SIDE EFFECTS: None noted
VACCINES: Flu____Pneumovax____Hep A________Hep B________
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month________
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c____ on______; CD4 & HIV-RNA ___/___ on________;
Peak Flow___; LFTs____on ________; Serum Drug Levels __ on ________; EKG ✓ 1/26/06 ; CXR___;

Medications:

Dilantin 100 TID
Depakote 500 TID
Tegretol 300 mg TID

Gums are pink

Patient Educated on: Instructed on the need for diet compliance and exercise

Inmate Signature Stacey McKinney 155499

Nurses Signature and Title [illegible]

McKinney Stacey — NAME — 155499 — AIS

M — GENDER — B — RACE — 10/7/62 — DOB

(Revised 05/18/05)

PHS
PRISON HEALTH SERVICES INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** April 9, 2008

**To:** D.O.C

**From:** Dentist

**Inmate Name:** McKinney, Stacey **ID#:** 155499

**The following action is recommended for medical reasons:**

1. House in
2. Medical Isolation NA NA
3. Work restrictions
4. May have extra until
5. Other Other (medication)

**Comments:**

Rinse with 15 mL of Chlorhexidine twice a day after meals. Swish for 30 seconds and spit out! Use until all gone: April 9, 2008 until May 9, 2008

**Date:** 4/9/08 **MD Signature:** [signature] **Time:** 10:30

60418



# SPECIAL NEEDS COMMUNICATION FORM

Date: 2/11/08

To: D.O.C.

From: Dental

Inmate Name: McKinney, Stacey ID#: 155499

The following action is recommended for medical reasons:

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra until
5. Other

Comments:
Rinse once a day with Chlorhexidine Gluconate for 10 days.

Date: 2/11/08 MD Signature: [signature] Time: 9:25

60418



FOR MEDICAL USE ONLY

Date Received: 3/18/08

Time Received: 2:00

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM

**Print Name:** Stacey McKinney **Date of Request:** 3-18-2008

ID #: 155499 Date of Birth: 10-7-62 Housing Location: E-1-27-A

Nature of problem or request: This is a Flare up To See The Dental about my mouth & gums

I consent to be treated by health staff for the condition described.

Stacey B. McKinney
SIGNATURE

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA**

**DO NOT WRITE BELOW THIS AREA**

**Triaged by:** MJ (Initials) **Referred to:** (Circle ONE) NSC Mid-level SC Physician SC MH (Dental circled) Other: ______

**HEALTH CARE DOCUMENTATION**

Subjective: My gums hurts

Objective: BP 118/84 T 98.8 P 74 R 20 Wt 198

Resps Regular & even skin w/o to touch.

Assessment:

Plan: See MD this AM

☑ Inmate education handout reviewed with and given to the patient.

Refer to: (Circle any applicable) Mid-level Physician MH (Dental circled) Other: ______

Signature & Title: Martha Jackson Date: 3-19-08 Time: 0510



# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Stacey McKinney BCDC#: 155199

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment.

Stacey McKinney
Patient's Signature

9/5/06
Date

El-Cel Burkett DDS
Dentist's Signature

9/5/06
Date