```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004720
Cashier ID: brobinso
Transaction Date: 04/14/2008
Payer Name: BULLOCK COUNTY CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
  For: STACEY MCKINNEY
  Case/Party: D-ALM-2-08-CV-000090-001
  Amount:         $18.75
------------------------------------
CHECK
  Check/Money Order Num: 22462
  Amt Tendered:   $18.75
------------------------------------
Total Due:        $18.75
Total Tendered:   $18.75
Change Amt:       $0.00
```