**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Smallwood Prison Dental Services, Inc.
44031 Pipeline Plaza Suite 300
Ashburn, Virginia 20147

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Smallwood_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_C Smallwood_   4-14-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

08cv90
Order of 4/8/08, 2/8/08
3/20/08
4 cmp

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 2680 0003 1841 5837

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540