IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STACY B. MCKINNEY (AIS# 155499), | § § § § | |
| Plaintiff, | | |
| vs. | § § § § § § | CIVIL ACTION NO. 2:08-CV-90-MEF |
| SMALLWOOD PRISON DENTAL SERVICES, et al.; | | |
| Defendants. | | |

### NOTICE OF FILING

COMES NOW Prison Health Services, Inc., by and through counsel, and in response to this Court's Order [Court Doc. No. 12], does hereby give notice of its filing of the affidavit of Kim Hart in compliance with the directives of this Court's Order previously entered on March 20, 2008 [Court Doc. No. 10].

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Prison Health Services, Inc.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 16th day of April, 2008, to:

> Mr. Stacey McKinney (AIS #155499)
> BULLOCK COUNTY CORRECTIONAL FACILITY
> P. O. Box 5107
> Union Springs, AL 36089

    The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

> ALABAMA DEPARTMENT OF CORRECTIONS
> Legal Division
> P. O. Box 301501
> Montgomery, AL 36130-1501

                                        /s/ PAUL M. JAMES, JR. (JAM017)
                                        OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACY B. MCKINNEY AIS#155499), | ' |
| Plaintiff, | ' |
| vs. | ' CIVIL ACTION NO. 2:08-CV-90-MEF |
| SMALLWOOD PRISON DENTAL SERVICES, et al.; | ' |
| Defendants. | ' |

## AFFIDAVIT

STATE OF TENNESSEE   )

COUNTY OF Williamson )

Personally appeared before me, the undersigned notary public, in and for said county and state, Kim Hart, who, after being duly sworn, did depose and state on oath as follows:

1. My name is Kim Hart and I am an employee of Prison Health Services, Inc., employed as a Professional Liability Claims Assistant.

2. I have received an "Order on Motion" filed in the case styled Stacy B. McKinney (# 155499) v. Smallwood Prison Dental Services, et al., In the United States District Court for the Middle District of Alabama, Civil Action No. 2:08-CV-90-MEF. In that Order, this Court denied a Motion to Compel filed by the Plaintiff seeking leave to compel Defendant Burkett to provide an address for Tracy Arochie. As the basis for denying this motion, Defendant Burkett advised the Court he did not know the address of

1

Ms. Arochie. In addition, the Order **GRANTED** a Motion to Compel Smallwood Prison Dental Services to provide an address for Tracy Arochie.

3. Smallwood Prison Dental Services was a subcontractor for Prison Health Services, Inc., however, the company does not know who Tracy Arochie is nor can the company determine a Tracy Arochie ever worked for Prison Health Services. A check of our personnel records does not show any records of someone of that name ever having worked for Prison Health Services.

Done this 11th day of April, 2008.

FURTHER AFFIANT SAITH NOT.

_____
KIM HART

STATE OF TENNEESSEE       )

COUNTY OF Williamson      )

I, the undersigned, a Notary Public in and for said State and County, hereby certify that, Kim Hart, whose name is signed to the foregoing Affidavit and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily.

Given under my hand and official seal on this the 11th day of April, 2008.

[SEAL]

_____
NOTARY PUBLIC
My Commission Expires: My Commission Exp. Feb. 22, 2009

2