**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **STACY B. McKINNEY (AIS # 155499),** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08-CV-90-MEF |
| ) | |
| **SMALLWOOD PRISON DENTAL** ) | |
| **SERVICES, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF APPEARANCE AND MOTION FOR EXTENSION OF TIME OF SMALLWOOD PRISON DENTAL SERVICES, INC.

COMES NOW Defendant, Smallwood Prison Dental Services, Inc. (identified in Plaintiff's complaint as "Smallwood Prison Dental Services") and shows to the Court as follows:

1. This Defendant was served with Plaintiff's Complaint and Orders identified as Doc. No. 5, 10 and 12 on April 14, 2008. (See Doc. No. 15).

2. On April 17, 2008, three (3) days after being served with the above noted documents, Defendant retained R. Brett Garrett, Esq. to serve as legal counsel.

3. Defendant requests that R. Brett Garrett, Esq. be identified as its counsel of record.

4. In response to this Court's Order dated March 20, 2008 (Doc. 10), the Defendant submits that Tracy Archie (identified as "Arochie" by Plaintiff) is no longer employed with this Defendant. However, Ms. Archie's last known addresses are as follows:

993 Hwy. 29 S.
Troy, Alabama 36079

and

PMB # 29
1305 S. Brundidge St.
Troy, Alabama 36081

5. Since the Defendant has only recently obtained counsel, it moves this Honorable Court to issue an Order granting extension of time to file a response to this Court's Order dated February 26, 2008 (Doc. No. 5). Defendant requests forty (40) days to locate Ms. Archie and, thereafter, prepare a special report in line with this Court's directive.

Respectfully submitted this the 22nd day of April, 2008.

*s/ R. Brett Garrett*
R. BRETT GARRETT (GAR085)
Attorney for Defendant, Smallwood Prison Dental Services, Inc.

Of Counsel:
Rushton, Stakely, Johnston & Garrett, P.A.
PO Box 270
Montgomery, AL 36101-0270
334-206-3260 (phone)
334-481-0808 (fax)
bg@rsjg.com (email)

### CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2008, I served a copy of the foregoing, either electronically or by U.S. Mail, postage prepaid and properly addressed, to the following:

Stacey B. McKinney (AIS # 155499)
BULLOCK CORRECTIONAL FACILITY
PO Box 5107
Union Springs, AL 36089-5107

Philip Guy Piggott, Esq.
STARNES & ATCHISON
PO Box 598512
100 Brookwood Place
Birmingham, AL 35259-8512

                                                     *s/ R. Brett Garrett*
                                                     Of Counsel