IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACY B. McKINNEY, #155499, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-90-MEF |
| | ) |
| SMALLWOOD PRISON DENTAL | ) |
| SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the response filed by Smallwood Prison Dental Services, Inc. on April 22, 2008 (Court Doc. No. 17), the Clerk is DIRECTED to serve Tracy Archie, identified in the complaint as Tracy Arochie, at both 993 Hwy. 29 South, Troy, Alabama 36079 and PMB #29, 1305 South Brundidge Street, Troy, Alabama 36081, with a copy of the complaint and the order of procedure entered on February 26, 2008 (Court Doc. No. 5). It is further

ORDERED that within forty (40) days of service of this order Tracy Archie shall file a special report and answer in compliance with the orders entered in this case.

Done this 22nd day of April, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE