IN THE ~~CIRCUIT COURT~~ UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

STACEY MCKINNEY

    PLAINTIFF

VS.                             CIVIL ACTION NO 2:08-CV-90-MEF

SMALLWOOD PRISON DENTAL SER

    DEFENDANTS

2008 APR 24 A 10:10
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### MOTION FOR LEAVE TO FILE, RESPONSE, MOTION TO COMPELL AND MOTION TO AMEND

COMES NOW, THE PLAINTIFF IN THE ABOVE STYLED CAUSE AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH HIS MOTION FOR LEAVE TO FILE AND PRAYS THAT THE SAME IS GRANTED

DONE ON THIS 23rd DAY OF APRIL 2008

RESPECTFULLY SUBMITTED

Stacey McKinney

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE ON THIS 23rd DAY OF APRIL 2008, SERVED A COPY OF THE SAME ON THE ATTORNEY FOR THE DEFENDANTS BY PREPAID US MAIL

Stacey McKinney
STACEY MCKINNEY
P. O. BOX 5107  155499
UNION SPRINGS AL 36089

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

2008 APR 24 A 10: 10

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

STACEY MCKINNEY
    PLAINTIFF

V    CV: 2:08-CV-90-MEF

SMALLWOOD PRISON DENTAL SERVICES
    DEFENDANT

## PLAINTIFFS RESPONSE TO DEFENDANTS SUPPLEMENT RESPONSE, AND NOTICE OF FILING

COMES NOW, THE PLAINTIFF IN THE ABOVE STYLED CAUSE AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH HIS RESPONSE TO THE DEFENDANTS SUPPLEMENT RESPONSE AND NOTICE OF FILING AND IN SUPPORT SHOWS:

1. ON APRIL 10, 2008 DEFENDANT BURKETT FILED A SUPPLEMENT TO RESPONSE WHEREIN HE SUBMITTED MEDICAL DOCUMENT, AND IT INSTANTLY BECAME CLEAR TO THE PLAINTIFF THAT THE DEFENDANTS WERE TRYING TO HIDE AND COVER UP FACTS. BECAUSE IN SENDING MEDICAL DOCUMENTS THEY DID NOT SEND THE SIGNED WAIVER/DOCUMENT THAT THE PLAINTIFF SIGNED WHEN HE HAD HIS TEETH CLEANED.

2. WHENEVER INMATES HAD THEIR TEETH CLEANED, THE NOW ALLEGEDLY UNKNOWN DENTIST HAD THEM SIGN A PAPER OF AUTHORIZATION, SO THAT DOCUMENT SHOULD HAVE BEEN INCLUDED.

3. ON APRIL 16, 2008 THE DEFENDANTS FILED A NOTICE OF FILING STATING THAT THEY HAVE NO RECORD OF A TRACY AROCHIE, HOWEVER THE PLAINTIFF STATES THAT IT WAS DR. BURKETT THAT PROVIDED THE PLAINTIFF WITH THIS NAME AND IF THIS PERSON HAD NOT WORKED WHY NOT MAKE IT KNOWN FROM THE BEGINNING.

WHEREFORE, THE PLAINTIFF PRAYS THAT HIS RESPONSE IS ACCEPTED AND HAS ENCLOSED MOTIONS IS GRANTED

DONE ON THIS 23rd DAY OF APRIL 2008

RESPECTFULLY SUBMITTED

*Stacey McKinney*

الشمائل

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

STACEY MCKINNEY
    PLAINTIFF

VS.                                    CASE NO 2:08-CV-90-MEF

SMALLWOOD PRISON DENTAL SER
    DEFENDANTS

## MOTION TO COMPEL OR TO HOLD IN CONTEMPT

COMES NOW, THE PLAINTIFF IN THE ABOVE STYLED CAUSE AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH HIS MOTION TO COMPEL OR TO HOLD IN CONTEMPT AND IN SUPPORT STATES

1. THAT THE DEFENDANTS BE COMPELLED TO SUBMIT THE FORM SIGNED BY THE PLAINTIFF WHEN HE HAD HIS TEETH CLEANED

2. THAT THE DEFENDANTS BE COMPELLED TO PROVIDE THE NAME AND ADDRESS OF THE WHITE FEMALE HYGIENIST THAT WAS CLEANING TEETH IN 2007

WHEREFORE, THE PLAINTIFF PRAYS THAT THE MOTION IS GRANTED AND THAT IF THE DEFENDANTS REFUSE TO COMPLY THAT THEY BE HELD IN CONTEMPT BECAUSE IT'S CLEAR THAT THEY ARE DOING ALL THAT THEY CAN TO HENDER THIS ACTION.

DONE ON THIS 23rd DAY OF APRIL 2008

RESPECTFULLY SUBMITTED
Stacey McKinney

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

STACEY MCKINNEY
  PLAINTIFF

V.                                    CIVIL ACTION NO: 2:08 CV-90-MEF

SMALLWOOD PRISON DENTAL SERVICE
  DEFENDANT

## MOTION TO AMEND COMPLAINT

COMES NOW, THE PLAINTIFF IN THE ABOVE STYLED CAUSE AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH HIS MOTION TO AMEND COMPLAINT AND IN SUPPORT STATES:

1. THE PLAINTIFF MOVES TO AMEND THE GROUND OF RETALIATION, MEDICAL DELIBERATE INDIFFERENT BY DEFENDANT BURKETT.

### FACTS IN SUPPORT

BEFORE THE FILING OF THIS ACTION, DR. BURKETT HAD TAKEN IMPRESSIONS FOR THE PLAINTIFF TO RECEIVE NEEDED PARTIALS. BUT AFTER BEING SERVED DR. BURKETT TOLD THE PLAINTIFF THAT HE DID NOT QUALIFY AND THAT HE WOULD NOT GET THEM. THE PLAINTIFF ARGUES THAT OUT OF RETALIATION HE'S BEING SUBJECTED TO MEDICAL DELIBERATE INDIFFERANCE.

THE PLAINTIFF IS SUING DR. BURKETT IN HIS INDIVIDUAL CAPACITY FOR THE SUM OF $2,000 AND REQUESTS THAT HE BE PROVIDED WITH PARTIALS.

DONE ON THIS 23rd DAY OF APRIL 2008

RESPECTFULLY SUBMITTED

*Stacey McKinney*

Stacey McKinney 155499
P.O. Box 5107
Union Springs Al. 36089

MONTGOMERY AL 361
23 APR 2008 PM 2 L

Clerk
US District Court
P.O. Box 711
Montgomery Alg. 36(0)-6711