IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

STACEY MCKINNEY
 PLAINTIFF

V.                                  CIVIL ACTION NO: 2:08 CV-90-MEF

SMALLWOOD PRISON DENTAL SERVICE
 DEFENDANT

RECEIVED
2008 APR 24 A 10: 10
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO AMEND COMPLAINT

COMES NOW, THE PLAINTIFF IN THE ABOVE STYLED CAUSE AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH HIS MOTION TO AMEND COMPLAINT AND IN SUPPORT STATES:

1. THE PLAINTIFF MOVES TO AMEND THE GROUND OF RETALIATION, MEDICAL DELIBERATE INDIFFERENT ON DEFENDANT BURKETT.

### FACTS IN SUPPORT

BEFORE THE FILING OF THIS ACTION, DR. BURKETT HAD TAKEN IMPRESSIONS FOR THE PLAINTIFF TO RECEIVE NEEDED PARTIALS. BUT AFTER BEING SERVED DR. BURKETT TOLD THE PLAINTIFF THAT HE DID NOT QUALIFY AND THAT HE WOULD NOT GET THEM. THE PLAINTIFF ARGUES THAT OUT OF RETALIATION HE'S BEING SUBJECTED TO MEDICAL DELIBERATE INDIFFERANCE.

THE PLAINTIFF IS SUING DR. BURKETT IN HIS INDIVIDUAL CAPACITY FOR THE SUM OF $2,000 AND REQUESTS THAT HE BE PROVIDED WITH PARTIALS.

DONE ON THIS 23rd DAY OF APRIL 2008

RESPECTFULLY SUBMITTED

Stacey McKinney

MONTGOMERY AL 361
23 APR 2008 PM 2 L

Clerk
US District Court
P.O. Box 711
Montgomery Ala. 36101-0711

Stacey McKinney 155499
P.O. Box 5107
Union Springs AL. 36089