IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

STACEY MCKINNEY
   PLAINTIFF
VS.                                    CASE NO 2:08-CV-90-MEF
SMALLWOOD PRISON DENTAL SER
   DEFENDANTS

RECEIVED 2008 APR 24 A 10:10
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO COMPEL OR TO HOLD IN CONTEMPT

COMES NOW, THE PLAINTIFF IN THE ABOVE STYLED CAUSE AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH HIS MOTION TO COMPEL OR TO HOLD IN CONTEMPT AND IN SUPPORT STATES

1. THAT THE DEFENDANTS BE COMPELLED TO SUBMIT THE FORM SIGNED BY THE PLAINTIFF WHEN HE HAD HIS TEETH CLEANED

2. THAT THE DEFENDANTS BE COMPELLED TO PROVIDE THE NAME AND ADDRESS OF THE WHITE FEMALE HYGIENIST THAT WAS CLEANING TEETH IN 2007

WHEREFORE, THE PLAINTIFF PRAYS THAT THE MOTION IS GRANTED AND THAT IF THE DEFENDANTS REFUSE TO COMPLY THAT THEY BE HELD IN CONTEMPT BECAUSE IT'S CLEAR THAT THEY ARE DOING ALL THAT THEY CAN TO HENDER THIS ACTION.

DONE ON THIS 23rd DAY OF APRIL 2008

RESPECTFULLY SUBMITTED
Stacey McKinney