IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACY B. McKINNEY, #155499, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:08-CV-90-MEF |
| | ) |
| SMALLWOOD PRISON DENTAL SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on April 24, 2008, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before May 12, 2008 the dental defendants shall provide the plaintiff with (i) a copy of the consent form(s) signed by plaintiff relative to cleaning his teeth in 2007, and (ii) the name and address of the dental hygienist responsible for such cleaning.

Done this 25th day of April, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE