# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| STACEY B. McKINNEY #155499, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 2:08-CV-90-NEF |
| SMALLWOOD PRISON DENTAL ) | |
| SERVICES, ET AL., ) | |
| ) | |
| Defendants. ) | |

## RESPONSE OF DEFENDANT EL-CID V. BURKETT, D.D.S. TO COURT'S ORDER ENTERED APRIL 25, 2008 (DOC. 29)

COMES NOW El-Cid v. Burkett, D.D.S., by and through the undersigned counsel, and in compliance with the Court's Order of April 25, 2008 (Doc. 29), states as follows:

1. A copy of the consent forms signed by the Plaintiff relative to teeth cleaning in 2007 are attached hereto.

2. The dental hygienist working at the Bullock County Correctional Facility in 2007 was Tracy Archie. Through information provided by Smallwood Prison Dental Services, Dr. Burkett believes, to the best of his knowledge, that the address for Tracy Archie is either 993 Highway 29 South, Troy, Alabama 36079 or BMB#29, 1305 South Brundidge Street, Troy, Alabama 36081.

s/ Philip G. Piggott
Philip G. Piggott
ASB-4379-P67P
Email: ppiggott@starneslaw.com

{B0843450}

            Starnes & Atchison LLP
            100 Brookwood Place, 7th Floor
            P.O. Box 598512
            Birmingham, AL 35259-8512
            Telephone: (205) 868-6000
            Fax: (205) 868-6099

            Attorney for El-Cid v. Burkett, D.D.S.

## CERTIFICATE OF SERVICE

  I hereby certify that on May 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system. In addition, I do hereby certify that I have caused a copy of the foregoing pleading to be mailed to the following non-AlaFile participant:

Stacey B. McKinney #155499
Bullock County Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

            s/ Philip G. Piggott
            Philip G. Piggott
            ASB-4379-P67P
            E-Mail: pgp@starneslaw.com

{B0843450}



# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Stacy McKinney    BCDC#: 155499

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment.

X Stacey McKinney    5/2/07
Patient's Signature    Date

El-Cil Brutt DDS    5/2/07
Dentist's Signature    Date

PHS MD-70090