## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

STACEY B. McKINNEY #155499,    )
    )
    Plaintiff,    )
    )
vs.    )
    )    Case No. 2:08-CV-90-NEF
SMALLWOOD PRISON DENTAL    )
SERVICES, ET AL.,    )
    )
    Defendants.    )

## DEFENDANT EL-CID V. BURKETT, D.D.S.'S SECOND SUPPLEMENT TO RESPONSE TO COURT'S ORDER OF FEBRUARY 26, 2008 (DOC. 5)

COMES NOW the Defendant, El-Cid V. Burkett, D.D.S., and files his Second Supplemental Response to the Court's Order of February 26, 2008 [Doc. 5] filed on April 8, 2008 [Doc. 11], attaching hereto further records pertaining to the plaintiff, Stacey B. McKinney, #155499.

<div style="margin-left:40%;">

s/ Philip G. Piggott
Philip G. Piggott
ASB-4379-P67P
Email: ppiggott@starneslaw.com
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL  35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099

Attorney for El-Cid V. Burkett, D.D.S.

</div>

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on May 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system.  In addition, I do hereby certify that I have caused a copy of the foregoing pleading to be mailed to the following non-AlaFile participant:

Stacey B. McKinney #155499
Bullock County Correctional Facility
P.O. Box 5107
Union Springs, AL  36089-5107

        s/ Philip G. Piggott
        Philip G. Piggott
        ASB-4379-P67P
        E-Mail:  pgp@starneslaw.com

{B0843461}

APR 2 9 2008

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**



FOR MEDICAL USE ONLY

Date Received: 4/10/08

Time Received: 1233

Print Name: _Stacey McKinney_     Date of Request: _4-2-2008_

ID #: _155499_     Date of Birth: _10-7-62_  Housing Location: _E-1-27-A_

Nature of problem or request: _I have canker sores inside of my mouth and it hurt real bad._

I consent to be treated by health staff for the condition described.

_Stacey McKinney_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA

| DO NOT WRITE BELOW THIS AREA |
|---|

Triaged by: _____
                Initials

Referred to:  (Circle ONE)
NSC     Mid-level SC     Physician SC     MH     Dental
Other: _____

### HEALTH CARE DOCUMENTATION

Subjective: "_My mouth has been hurting for over a week_"

Objective:  BP _131/85_  T _98.2_  P _72_  R _20_  Wt _192_

Assessment:  _A/O x3, resp. even & unlabored, skin w/o touch. Ambulated to HCU,_
Plan:  _steady even gait. Able to move all ext. J difficulty. M. in comfort_
_R/t mouth sore. No acute distress noted._

☐     Inmate education handout reviewed with and given to the patient.

Refer to :  (Circle any applicable)   Mid-level     Physician     MH   Dental   Other: _____

Signature & Title: _J. Harrison, LPN_     Date: _4/10/08_   Time: _1248_

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM



FOR MEDICAL USE ONLY

Date Received: 3/20/08

Time Received: 2:50

Print Name: _Stacey McKinney_    Date of Request: _3-19-2008_

ID #: _155499_    Date of Birth: _10-7-62_    Housing Location: _E-1-27-A_

Nature of problem or request: _I need To see The_
_Dentor, It is A Flowla up_

I consent to be treated by health staff for the condition described.

SIGNATURE _Stacey McKinney_

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA**

| DO NOT WRITE BELOW THIS AREA |
|---|

Triaged by: _M_    Referred to: (Circle ONE)
Initials

NSC    Mid-level SC    Physician SC    MH    **Dental**
Other: _____

**HEALTH CARE DOCUMENTATION**

Subjective: _I Need to See the dentist_

Objective: BP _140/80_    T _98_    P _73_    R _20_    Wt _195_
_Resp Regular & even Skin w/o to touch_

Assessment: _Alteration In comfort R/T Mouth pain_

Plan: _See MD_

☑ Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)   Mid-level   Physician   MH   (Dental)   Other: _____

Signature & Title: _Matthew Jackson  LPN_    Date: _3/21/08_    Time: _0500_

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM

FOR MEDICAL USE ONLY

Date Received: _3/18/08_

Time Received: _2:00_

Print Name: _Stacey McKinney_          Date of Request: _3-18-2008_

ID #: _155499_          Date of Birth: _10-7-62_          Housing Location: _E-1-27-A_

Nature of problem or request: _This is a FLARE up To see_
_The Dental about my mouth & gums_

I consent to be treated by health staff for the condition described.

_Stacey B McKinney_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA**

| DO NOT WRITE BELOW THIS AREA |
|---|

Triaged by: _mj_          Referred to: (Circle ONE)
Initials                                    NSC     Mid-level SC     Physician SC     MH     (Dental)
                                               Other: _____

**HEALTH CARE DOCUMENTATION**

Subjective: _My gums hurts_

Objective: BP _118/84_   T _98.8_   P _74_   R _20_   Wt _198_

_Resp Regular & even skin w/o to touch._

Assessment:

Plan: _See MD this Am_

☑     Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)   Mid-level   Physician   MH   (Dental)   Other: _____

Signature & Title: _Martha Jackson_          Date: _3-19-08_   Time: _0510_



**FOR MEDICAL USE ONLY**

Date Received: 3-18-08

Time Received: 9 a

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: _Stacey McKinney_                     Date of Request: _3-18-2008_

ID #: _155499_          Date of Birth: _10-7-62_     Housing Location: _E-1-27-A_

Nature of problem or request: _This is a F/ABER-UP To see_
_The Dental about my mouth & gums_

I consent to be treated by health staff for the condition described.

_Stacey B McKinney_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA**

| DO NOT WRITE BELOW THIS AREA |
|---|

Triaged by: _MJ_          Referred to: (Circle ONE)
         Initials                    NSC    Mid-level SC    Physician SC    MH    (Dental)
                              Other: _____

**HEALTH CARE DOCUMENTATION**

Subjective: _My gums hurts_

Objective: BP _118/84_    T _98.8_    P _74_    R _20_    Wt _198_

_Resp Regular & even skin w/o to touch._

Assessment:

Plan: _See MD this AM_

☑     Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)    Mid-level    Physician    MH    (Dental)    Other: _____

Signature & Title: _Martha Jackson_          Date: _3-19-08_    Time: _0510_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _STACEY McKinney_ Date of Request: _10-7-207_
ID # _155499_ Date of Birth: _10-7-62_ Location: _E-1-22A_
Nature of problem or request: ~~since~~ ~~when~~ I am
_having problem, with my Back 2nd_
_my mouth_

_Stacey mckinny_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: _10/8/07_
Time: _3:00_
Receiving Nurse Intials _CF_

**(S)ubjective:**

**(O)bjective    (V/S):  T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

_See Not fool 10-9-07_

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
            If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                      Was MD/PA on call notified:   Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

# Dental Treatment Record

| Name: Mc Kenney, Stacey | ID #: 155499 | Race: B | Dr |
|---|---|---|---|



## Dental Examination

## Restoration and Treatments

RIGHT  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16  LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

RIGHT  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16  LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

| | |
|---|---|
| Date of Initial Examination: 2-7-02 | |
| Initial Classification: | |
| Oral Pathology: | |
|    Gingivitis | |
|    Vincent's Infection | |
|    Stomatis | |
|    Other Findings | |
| Occlusion | |
| Roentgenograms: | |
|    Periapical | |
|    Bitewing | |
|    Panarex | |

| Tooth | Priority List |
|---|---|
| 1 = R | |
| 9 = R | |
| | |
| | |
| | |
| | |
| | |
| | |

## Health Questionnaire

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Are you in good health? | ● Yes | ○ No | Acquired Immune Deficiency (AIDS/HIV)? | ○ Yes | ● No |
| Allergies | ○ Yes | ● No | Gastrointestinal disorders | ○ Yes | ● No |
| Anemia | ○ Yes | ● No | Glaucoma | ○ Yes | ● No |
| Asthma or other respiratory problems | ○ Yes | ● No | Heart disease or murmur | ○ Yes | ● No |
| Blood pressure conditions | ○ Yes | ● No | Hepatitis | ○ Yes | ● No |
| Diabetes | ○ Yes | ● No | Kidney problems | ○ Yes | ● No |
| Epilepsy | ● Yes | ○ No | Reactions to anesthesia or medications | ○ Yes | ● No |
| Excessive bleeding after surgery | ○ Yes | ● No | Rheumatic fever | ○ Yes | ● No |
| Fainting | ○ Yes | ● No | Taking any medication | ● Yes | ○ No |
| Pregnant? | ○ Yes | ● No | Thyroid conditions | ○ Yes | ● |
| Tuberculosis | ○ Yes | ● No | Other conditions | ○ Yes | |

# Dental Treatment Record

# Health Services Request Form

Inmate Name *Stacey McKinney*      Date of Request _____

AIS No. *155499*          Date of Birth *10-7/62*      Housing Loc. *18-86*

Nature of problem or request *I would like To see The Dentist*
*About my Teeths, And gum,*

*Thank*
*you*

Sign here for consent to be treated by health staff for the condition described above. *Stacy mckinny*

Place this slip in Medical Box or designated area

## DO NOT WRITE BELOW THIS LINE

---

### Health Care Documentation

Subjective:

Objective:     BP_____     P_____     R_____     T_____     WT_____

Assessment:
Plan: *No Show*

Refer to:     PA/ Physician          Mental Health          Dental
Education: _____

Protocol used: (specify) _____

Signature *C Balla*     Title *LH*     Time_____     Date *7/23/03*

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

### MENTAL HEALTH SERVICES

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|



Date of Initial Examination 3/11/04

Initial Classification

| | | |
|---|---|---|
| Oral Pathology | Gingivitis | |
| | Vincent's Infection | |
| | Stomatitis | |
| | Other Findings | |
| Occlusion | | |
| Roentgenograms | Periapical | |
| | Bitewing | |
| | Other | |

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☑ | ☐ | Present Medication  Phenobarbitol | ☐ | ☑ | Anemia or Bleeding Problems |
| ☑ | ☐ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☐ | ☑ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☐ | Other Disease  Head/back injury 2001 |

| SERVICES RENDERED | | | | | | |
|---|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | | Initials | Class |
| 11 May 12 | All | Cov/plein | Exam. NV Pro/ 2+3 amalgam. | | CK | |
| 4/7/04 | | | Prophy, DHI, Pt had moderate | | | |
| | | | tartar buildup c moderate | | LOH | |
| 4/28/04 | | | bleeding upon probing. Periodontitis Dr Ross | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| McKinney Stacey | | 10/7/62 | B/M | BCCF |

PHS-MD-70015

# Correctional Health Care, Inc.
## INITIAL DENTAL EXAMINATION



**REMARKS**

1. ext
2. PX
3. OP

PLACE OF EXAMINATION: KCF/RCC          DATE 10-13-89

INITIAL CLASSIFICATION:

RADIOGRAPHS TAKEN:

ADDITIONAL FINDING OF FORENSIC USE:

TREATMENT INDICATED (RED)

RESTORATIONS AND TREATMENTS (BLACK)

(RECORD TREATMENT ON IDS FORM 603A )

Dentist Name (Print)  C. Smith

Dentist Signature

Patients Last Name  Mc Kinney    First  Stacey    Middle  B.    DOB    R/S    AIS No. 1554_

IDS FORM 603

# CHC

## CORRECTIONAL HEALTH CARE

**DENTAL RECORD**

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 10-13-89 | | | I S | SC, CA Smith DDS | |
| 10-19-89 | | | SC / Appt made | SC | |
| 10-24-89 | | | Per staff resch | mm | |
| 10-26-89 | | | Pt. didn't want RX today; form F 84 signed | NA | |
| 11-1-89 | | | SC / Appt made | | |
| 11-3-89 | 5,6 | root tips | PAX No ass't - pt. not in pain. Reappt Tues 11-7-89 | CA Smith DDS | |
| 11/8/89 | 5,6 | | Pt. presents for ext. # 5 & 6. 2.5 x 1.8cc lido 2% & epi. #5 & 6 ext c diff. POI given, Rx: Tylenol #3. | | |
| 4-4-90 | | CPPOE JB | Sent from East. c phone request from LPN Brown. Pt. came to Dent. Clinic and refused Tx; wanted Chest X-ray. | Mallory DMS 2B | |
| 4-4-90 | 12,13 | NRC / per abs PAX | 2 carps 2% lido c epi Extr. J diff 2 DSS Rx in green sheet | CA Smith DDS | |
| 4/19/91 | 20 | Abscess | 2 PAs tatter 1.8cc 2% lido c epi ext # 20 c diff POI gstr | JJ DDS | |
| 4/26/91 | | | NSO, Tx | JJ DDS | |

**Patients Last Name** McKinney  **First** Stacey  **Middle** B.  **DOB**  **R/S**

F-18A

Revised 4/88

## SERVICES RENDERED

| DATE | TOOTH | SURFACE | DENTAL SERVICES PROVIDED |
|------|-------|---------|--------------------------|
| 1-8-97 | 32 | Perio | 1.8cc (x2) Lido 2½ c̄ epi 10⁻⁵ 1.8cc Carbocaine Ext c̄ difficult. POI gvn. MSA |
| 8-12-02 | | | No Show. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# CORRECTIONAL MEDICAL SERVICES
## DENTAL TREATMENT RECORD

| NAME: McKinney, Stacy | ID#: 155499 | RACE: B/m | DOB: |
|---|---|---|---|

| DENTAL EXAMINATION | RESTORATION AND TREATMENTS |
|---|---|



| DENTAL EXAMINATION | TOOTH | PRIORITY LIST |
|---|---|---|
| Date of Initial Examination: | | gums - F |
| Initial Classification: | | teeth - F |
| Oral Pathology: | | RX |
|   Gingivitis | | |
|   Vincent's Infection | | |
|   Stomatis | | |
|   Other Findings | | |
| Occlusion | | |
| Roentgenograms: | | |
|   Periapical | | |
|   Bitewing | | |
|   Panarex | | |

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? | | | Acquired Immune Deficiency (AIDS/HIV) | | |
| Allergies | | | Gastrointestinal disorders | | |
| Anemia | | | Glaucoma | | |
| Asthma or other respiratory problems | | | Heart disease or murmur | | |
| Blood pressure conditions | | | Hepatitis | | |
| Diabetes | | | Kidney problems | | |
| Epilepsy | | | Reactions to anesthetics or medications | | |
| Excessive bleeding after surgery | | | Rheumatic fever | | |
| Fainting | | | Taking any medication | | |
| Pregnant? | | | Thyroid conditions | | |
| Tuberculosis | | | Other conditions | | |

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: *Stacey M<sup>c</sup>Kinney* Date of Request: *12-29-97*

ID #: *155499* Date of Birth: *10-7-62* Housing Location: *B-13*

Nature of problem or request: *I would like to see the Dentist*

I consent to be treated by health staff for the condition described.

*Stacey M<sup>c</sup>Kinney*
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HEALTH CARE DOCUMENTATION**

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan:

*RTC
exp*

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: *M Squire* Title: *RBH* Date: *1-6-98* Time: _____

CMS 7166 REV. 10/94

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

### MENTAL HEALTH SERVICES

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|



Date of Initial Examination _2/28/04_       Initial Classification _____

Oral Pathology .......................... Gingivitis _____
Vincent's Infection _____
Stomatitis _____
Other Findings _____

Occlusion _____

Roentgenograms ..................... Periapical _____
Bitewing _____
Other _____

## Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Rheumatic Fever | ☐ | ☒ | V.D. |
| ☒ | ☐ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☒ | Hepatitis |
| ☒ | ☐ | Present Medication | ☐ | ☒ | Anemia or Bleeding Problems |
| ☒ | ☐ | Epilepsy | ☐ | ☒ | Heart Disease |
| ☐ | ☒ | Asthma | ☐ | ☒ | High Blood Pressure |
| ☐ | ☒ | Diabetes | ☐ | ☒ | Kidney Disease |
| ☐ | ☐ | HIV | ☐ | ☒ | Other Disease |

| SERVICES RENDERED | | | | | | |
|---|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | | Initials | Class |
| 4/28/04 | | | Exam, Prophy, OHI. pt had heavy calculus deposite with heavy bleeding upon probing – | | JRoss | |
| 5/26/05 | | | pt. claims gum tissue is sore + painful in area of missing bicuspids. pt requested partials. pt. does not have enough missing teeth. < 6 teeth in arch. presc. 2 tablets of Procaine tid X 3 days. | | | AW |
| 9-5-06 | | | Pros Scale, OHI. Pt had heavy Calculus deposite & heavy bleeding upon probing. | | NRe | RPH |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| McKinney, Stacey | 155499 | | Bm | BCLF |

PHS-MD-70015



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 10/12/05 | | | CC: Sore gum tissue in area of 12-13 extraction site. Listerine rinsing & applied dressing. | | |
| 4/26/07 | | | Reviewed Pt Med Hx; Pt c/o bleeding gums and pain: 9 months; tetracycline gums; Pt will get Perio Rx meas one other for DMD ✓ type — | ENB | |
| 5-2-07 | | | PM H₂ SCal, Floss, OHI, PDH, Flossed OOH, Anatomical Stains, Smoker — | ✓✓ | P&L |
| Sept 12, 07 | | | Reviewed Pt Med Hx; Oral/gum mouth sores anthra ulcer, Oraba cec; Ranade Rinsing | ENB | |
| Sept 13, 07 | | | Reviewed Pt Med Hx - 2% lidocaine HCl 1.8cc (x1) Sept R/O OOO Med area for prev — | TAB | |
| Oct 18, 07 | | | Reviewed Pt Med Hx; Pt c/o small sores in mouth Anthrax ulcer; Pt Rincinal mouthwash used added Pt if condition get worse or prison for after dryroom meds | ENB | |
| Oct 22, 07 | | | Reviewed Pt Med Hx; Pt c/o forgein body in mouth out of tongue at the tip 3 mouth sores yellowish & red halo; Recurrent Apthous stomatitis used; Rincinal mouth was and Oraba cec; at this mouth feel better, continue by in ~3 wm days — | ENB | |
| Nov 15, 07 | | | Reviewed Pt Med Hx and Dent Hx; Pt c/o prev from mouth sores' Recurrent Apthae ulcers breed mucosa. | ENB | |
| 1/9/08 | | | Reviewed Pt Med Hx; Recurrent Aptha ulcers lesion mark Lip upper lip and tops of tongue Tx Rincinal and Oraba cec rx lesion, will observed Pt condition | ENB | |
| 2/11/08 | | | Reviewed Pt Med and Dent Hx; Oral exam peeled Pt c/o gingiva being sore mandible ant. area at 95 Perio hx for prophy's redness with calculus mild scaling. Rinses & Prophy will scaling ant Prophs | ENB | |
| 3/10/08 | | | Reviewed Pt Med Hx; Pt c/o mouth sores Meds & meds cont/ull Pt to prep in 3wks call sh to appoint for Tx | ENB | |
| 3/19/08 | | | Reviewed Pt Med and Dental Hist. Aptha sore breed ① sore on mucosa: local labial vestibule; Removal of Orabase on teem; white & red halo, apparent true lobe body hx more Tx of mouth; less pain & less | ENB | |
| 4/2/08 | | | Reviewed Med Hx; Oral exam Pt has some ulcers in some places; one on frenum may the curth true ② sore Chronic recurrent the ulcers May pro to refer Pt to Pt Sudden for workup, Removal and Oraba cec; R/O ② some clears & Th ② gm red mucosa rx plaz on tongue. May be better ® oral Health Tx; prophy Tx etc. | ERS | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|---|---|---|---|---|---|
| McKinney | Stacy | | 10/7/62 | B/m | 15548 |

PHS-MD-70022

# CORRECTIONAL MEDICAL SERVICES
## DENTAL TREATMENT RECORD

| SERVICES RENDERED | | | |
|---|---|---|---|
| DATE | TOOTH | SURFACE | DENTAL SERVICES PROVIDED |
| 4/2/08 | FM | | Reviewed Pt Med Hx and read dent Hx; Pt return to dental for rinse with Rincinal, said moothis feeling much better, will ensure how to Tx pt meds for the ulcer, non on tongue as before lesion one smaller than before *(illegible)* |
| 4/3/08 | | | There are no lesion on Patient's skin; complaint no continuing eye problems *(illegible)* |
| 4/9/08 | | | Reviewed Med and Dent Hist; Chlorhexidine mouth wash for 1 month Prescription keep on person. Use twice a day. Pt wants PPD *(illegible)* |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# DENTAL RECORDS

| Name | | BCDC # | DATE OF EXAM |
|------|---|--------|--------------|

| Classification | 1 | 2 | 3 | 4 | Treatment Needed | Completed |
|----------------|---|---|---|---|------------------|-----------|

RIGHT
1  2  3  4  5  6  7  8  9  10 11 12 13 14 15 16
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17
LEFT

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Existing Prosthesis      Yes_____      P/P      C/C
                         No _____

Periodontal Classification    1    2    3    4
Oral Hygiene _____
Soft Tissue _____

## MEDICAL HISTORY REVIEW

Check "yes" or "no" to any of the conditions below that you have or have had.

| | YES | NO | DENTIST'S NOTES |
|---|-----|----|-----------------|
| HIV | | ✓ | |
| Allergies | | ✓ | |
| Anemia | | ✓ | |
| Asthma or other respiratory problems | | ✓ | |
| Blood pressure conditions | | ✓ | |
| Diabetes | | ✓ | |
| Epilepsy | | ✓ | |
| Excessive bleeding after surgery | | ✓ | |
| Fainting | | ✓ | |
| Are you in good health | yes | | |
| Gastrointestinal disorders | | ✓ | |
| Heart Disease or murmur | | ✓ | |
| Hepatitis | | ✓ | |
| Kidney problems | | ✓ | |
| Reactions to anesthetics or medications | | ✓ | |
| Rheumatic fever | | ✓ | |
| Taking any medication | ✓ | | |
| Thyroid conditions | | ✓ | |
| Tuberculosis | | ✓ | |
| Are you pregnant | | ✓ | |
| Other conditions | | ✓ | |

I, the undersigned, have check the above conditions and consent to necessary dental treatment.

_Stacey McKinney_                    _Aug 8-05_
Patient's Signature                   Date

PHS MD-70091



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Stacy McKinney_          BCDC#: _155499_

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.


X _Stacey McKinney_                    _5/2/07_
Patient's Signature                     Date


_El-Cid Britt DDS_                      _5/2/07_
Dentist's Signature                     Date


PHS MD-70090



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Stacey McKinney_ _____ BCDC#: _155499_

1.  I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.  I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.  I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.  I have had the opportunity to ask questions which have been answered to my satisfaction.

5.  I understand there is no guarantee of success or permanence of the treatment.

_Stacey McKinney_                 _9/5/06_
Patient's Signature                Date

_El-Cel Burkett DDS_               _9/5/06_
Dentist's Signature                Date

PHS MD-70090



**PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT**

**Patient Name:** McKinney Stacy _____ BCDC#: 155499 _____

1.  I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.  I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.  I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.  I have had the opportunity to ask questions which have been answered to my satisfaction.

5.  I understand there is no guarantee of success or permanence of the treatment.


_Stacey McKinney_ _____          _Aug 8-05_ _____
Patient's Signature                          Date

_El-Cul Binh Ah mas_ _____          _8/8/05_ _____
Dentist's Signature                          Date


PHS MD-70090

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Stacey McKinney_ _____ BCDC#: _155499_

1.  I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.  I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.  I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.  I have had the opportunity to ask questions which have been answered to my satisfaction.

5.  I understand there is no guarantee of success or permanence of the treatment.

_Stacey McKinney_
Patient's Signature

_04/28/04_
Date

_H. Ropp RDH_
Dentist's Signature

_4/28/04_
Date

PHS MD-70090

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: _STACey McKinney_ BCDC#: _15549 9_

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment.


_Stacey McKinney_ _____     _3/11/04_
Patient's Signature                              Date

_Catherine K_ _____     _11/ an 04_
Dentist's Signature                              Date


PHS MD-70090