IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 MAY 28  A 10:45

STACEY B. MCKINNEY #155499
DRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PLAINTIFF

V.                                            CIVIL ACTION NO 2:08-CV-90-MEF

SMALLWOOD PRISON DENTAL SER. et al

DEFENDANTS

MOTION FOR LEAVE TO FILE NOTICE AND MOTION

COMES NOW, THE PLAINTIFF IN THE ABOVE STYLED CAUSE AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH HIS MOTION FOR LEAVE TO FILE NOTICE AND MOTION TO PRISON ACCOUNT CLERK TO COMPLY WITH ORDER

THE PLAINTIFF PRAYS THAT HIS MOTION IS GRANTED

DONE ON THIS 27th DAY OF MAY 2008

RESPECTFULLY SUBMITTED
Stacey McKinney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE ON THIS THE 27th DAY OF MAY 2008 SERVED A COPY OF THE SAME ON THE ATTORNEYS FOR THE DEFENDANTS BY PREPAID US MAIL

Stacey McKinney
STACEY B. MCKINNEY #155499
P.O. BOX 5107  BCCF
UNION SPRINGS ALABAMA 36089

STACEY MCKENNEY # 155499
P.O BOX 5107 BCCF
UNION SPRINGS AL.
36089

MONTGOMERY AL 361
27 MAY 2008 PM 2 L

CLERK
US DISTRICT COURT
P.O BOX 711
MONTGOMERY AL 36101-0711

36101+0711

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

STACEY B. MCKINNEY # 155499

PLAINTIFF

V.                                              CIVIL ACTION NO: 2:08-CV-90-MEF

SMALLWOOD PRISON DENTAL SERVICES, et al.

DEFENDANTS

NOTICE OF DEFENDANTS FAILURE TO COMPLY WITH COURT ORDER

COMES NOW, THE PLAINTIFF IN THE ABOVE STYLED CAUSE OF ACTION AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH HIS NOTICE OF DEFENDANTS FAILURE TO COMPLY WITH COURT ORDER AND IN SUPPORT STATES

1. ON 4/25/08 THIS HONORABLE COURT ISSUED AN ORDER, ORDERING THAT THE DEFENDANTS PROVIDE THE PLAINTIFF WITH A COPY OF THE CONSENT FORMS SIGNED BY THE PLAINTIFF RELATIVE TO CLEANING HIS TEETH IN 2007 AND THE NAME AND ADDRESS OF THE DENTAL HYGIENIST RESPONSIBLE FOR SUCH CLEANING.

2. THE DEFENDANTS HAVE FAILED TO COMPLY WITH THE ORDER OF THE COURT THE DEFENDANTS HAVE NOT SUBMITTED THE FORMS ORDERED

WHEREFORE, THE PLAINTIFF WILL ORDER THAT THE DEFENDANTS COMPLY WITH THE ORDER OR BE HELD IN CONTEMPT.

DONE ON THIS 27 DAY OF MAY 2008

RESPECTFULLY SUBMITTED

Stacey McKinney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 MAY 28 A 10: 46

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

STACEY B. MCKINNEY #1554FF
  PLAINTIFF

V.                                    CIVIL ACTION NO: 2:08-CV-90-MEF

SMALLWOOD PRISON DENTAL SER, et al
  DEFENDANTS

## MOTION TO PRISON ACCOUNT CLERK TO COMPLY WITH ORDER

COMES NOW, THE PLAINTIFF IN THE ABOVE STYLED CAUSE OF ACTION AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH HIS MOTION TO ORDER PRISON ACCOUNT CLERK TO COMPLY WITH ORDER AND IN SUPPORT STATES.

1. ON 2/11/08 THE COURT ORDERED THE PRISON ACCOUNT CLERK TO WITH HOLD 20% OF FUNDS CREDITED TO HIS ACCOUNT.

2. THE CLERK HOWEVER IS WITH HOLDING 25% PLACING A HARDSHIP ON THE PLAINTIFF.

3. WHEREFORE THE PLAINTIFF PRAYS THAT THIS HONORABLE COURT WILL ISSUE AN ORDER TO THE PRISON ACCOUNT CLERK TO CORRECT THE ERROR AND TO COMPLY WITH THE ORDER.

DONE ON THIS 27th DAY OF MAY 2008

RESPECTFULLY SUBMITTED

Stacey McKinney