**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

May 29, 2008

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:  McKinney v. Smallwood Prison Dental Services et al

Case No.:  2:08cv00090-MEF
            Document 29   Order

This Notice of Correction was filed in the referenced case this date to attach the correct pdf to this document. When originally docketed, the Motion to Compel was attached rather than the Order. A copy of the Order is also attached to this Notice of Correction.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACY B. McKINNEY, #155499, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08-CV-90-MEF |
| ) | |
| SMALLWOOD PRISON DENTAL ) | |
| SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on April 24, 2008, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before May 12, 2008 the dental defendants shall provide the plaintiff with (i) a copy of the consent form(s) signed by plaintiff relative to cleaning his teeth in 2007, and (ii) the name and address of the dental hygienist responsible for such cleaning.

Done this 25th day of April, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE