IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 MAY 28 A 10:45

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT AL.

STACEY B. MCKINNEY # 155499
        PLAINTIFF
V.                                           CIVIL ACTION NO: 2:08-CV-90-MEF
SMALLWOOD PRISON DENTAL SERVICES, et.al
        DEFENDANTS

### NOTICE OF DEFENDANTS FAILURE TO COMPLY WITH COURT ORDER

COMES NOW, THE PLAINTIFF IN THE ABOVE STYLED CAUSE OF ACTION AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH HIS NOTICE OF DEFENDANTS FAILURE TO COMPLY WITH COURT ORDER AND IN SUPPORT STATES

1. ON 4/25/08 THIS HONORABLE COURT ISSUED AN ORDER, ORDERING THAT THE DEFENDANTS PROVIDE THE PLAINTIFF WITH A COPY OF THE CONSENT FORMS SIGNED BY THE PLAINTIFF RELATIVE TO CLEANING HIS TEETH IN 2007 AND THE NAME AND ADDRESS OF THE DENTAL HYGIENIST RESPONSIBLE FOR SUCH CLEANING.

2. THE DEFENDANTS HAVE FAILED TO COMPLY WITH THE ORDER OF THE COURT THE DEFENDANTS HAVE NOT SUBMITTED THE FORMS ORDERED

WHEREFORE, THE PLAINTIFF WILL ORDER THAT THE DEFENDANTS COMPLY WITH THE ORDER OR BE HELD IN CONTEMPT.

DONE ON THIS 27 DAY OF MAY 2008

RESPECTFULLY SUBMITTED
Stacey McKinney