IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STACEY B. MCKINNEY #155499
PLAINTIFF

V.

SMALLWOOD PRISON DENTAL SER, et al
DEFENDANTS

CIVIL ACTION NO: 2:08-CV-90-MEF

2008 MAY 28 A 10: 46
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO PRISON ACCOUNT CLERK TO COMPLY WITH ORDER

COMES NOW, THE PLAINTIFF IN THE ABOVE STYLED CAUSE OF ACTION AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH HIS MOTION TO ORDER PRISON ACCOUNT CLERK TO COMPLY WITH ORDER AND IN SUPPORT STATES.

1. ON 2/11/08 THE COURT ORDERED THE PRISON ACCOUNT CLERK TO WITH HOLD 20% OF FUNDS CREDITED TO HIS ACCOUNT.

2. THE CLERK HOWEVER IS WITH HOLDING 25% PLACING A HARDSHIP ON THE PLAINTIFF.

3. WHEREFORE THE PLAINTIFF PRAYS THAT THIS HONORABLE COURT WILL ISSUE AN ORDER TO THE PRISON ACCOUNT CLERK TO CORRECT THE ERROR AND TO COMPLY WITH THE ORDER.

DONE ON THIS 27th DAY OF MAY 2008

RESPECTFULLY SUBMITTED
Stacey McKinney