IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACY B. McKINNEY, #155499, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08-CV-90-MEF |
| ) | |
| SMALLWOOD PRISON DENTAL ) | |
| SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on March 19, 2008 (Court Doc. No. 9), in which the plaintiff sought to compel the defendants to provide an address for defendant Tracy Arochie, a.k.a. Tracy Archie, and as the defendants have provided such information, it is

ORDERED that the aforementioned motion to compel be and is hereby DENIED as moot.

Done this 29th day of May, 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE