IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STACEY B. McKINNEY #155499, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 2:08-CV-90-NEF |
| SMALLWOOD PRISON DENTAL | ) | |
| SERVICES, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

RESPONSE OF DEFENDANT EL-CID V. BURKETT, D.D.S. TO
PLAINTIFF'S MOTION TO PRISON ACCOUNT CLERK TO COMPLY WITH
ORDER [DOC. 39]

COMES NOW the Defendant, El-Cid V. Burkett, D.D.S., by and through the

undersigned counsel, and in response to the Plaintiff's Motion to Prison Account Clerk to

Comply with Order [Doc. 39], states as follows:

1.     On April 25, 2008, the Court entered an Order [Doc. 29] requiring Dr.

Burkett to provide the Plaintiff with (i) a copy of the consent forms signed by Plaintiff

relative to cleaning his teeth in 2007, and (ii) the name and address of the dental hygienist

responsible for such cleaning.

2.     On May 1, 2008, Dr. Burkett filed his Response [Doc. 31] to the Court's

Order Entered April 25, 2008, providing a copy of the requested consent form and two

possible addresses for the dental hygienist. A copy of Dr. Burkett's initial Response

[Doc. 31] is attached hereto as Exhibit A.

{B0853620}

3.     As is the usual and customary practice of the office of counsel for Dr. Burkett, a full and complete copy of Dr. Burkett's Response [Doc. 31], with attachment, was mailed to Plaintiff at the Bullock County Correctional Facility, P.O. Box 5107, Union Springs, Alabama, via U.S. First Class Mail, postage prepaid, on May 1, 2008.

4.     Dr. Burkett is, therefore, for the second time responding to the Court's Order dated April 25, 2008.   He initially responded to the Court's Order on May 1, 2008, and is again providing the requested information today, May 29, 2008.

s/ Philip G. Piggott
Philip G. Piggott
ASB-4379-P67P
Email: ppiggott@starneslaw.com

Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL  35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099

Attorney for El-Cid v. Burkett, D.D.S.

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system. In addition, I do hereby certify that I have caused a copy of the foregoing pleading to be mailed to the following non-AlaFile participant:

Stacey B. McKinney #155499
Bullock County Correctional Facility
P.O. Box 5107
Union Springs, AL  36089-5107

s/ Philip G. Piggott
Philip G. Piggott
ASB-4379-P67P
E-Mail:  pgp@starneslaw.com

{B0853620}

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STACEY B. McKINNEY #155499,     )
          )
    Plaintiff,         )
          )
vs.          )
          )    **Case No. 2:08-CV-90-NEF**
SMALLWOOD PRISON DENTAL     )
SERVICES, ET AL.,     )
          )
    Defendants.     )

## RESPONSE OF DEFENDANT EL-CID V. BURKETT, D.D.S. TO COURT'S ORDER ENTERED APRIL 25, 2008 (DOC. 29)

COMES NOW El-Cid v. Burkett, D.D.S., by and through the undersigned counsel, and in compliance with the Court's Order of April 25, 2008 (Doc. 29), states as follows:

1.    A copy of the consent forms signed by the Plaintiff relative to teeth cleaning in 2007 are attached hereto.

2.    The dental hygienist working at the Bullock County Correctional Facility in 2007 was Tracy Archie. Through information provided by Smallwood Prison Dental Services, Dr. Burkett believes, to the best of his knowledge, that the address for Tracy Archie is either 993 Highway 29 South, Troy, Alabama 36079 or BMB#29, 1305 South Brundidge Street, Troy, Alabama 36081.

s/ Philip G. Piggott
Philip G. Piggott
ASB-4379-P67P
Email: ppiggott@starneslaw.com

{B0843450}

Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099

Attorney for El-Cid v. Burkett, D.D.S.

CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system. In addition, I do hereby certify that I have caused a copy of the foregoing pleading to be mailed to the following non-AlaFile participant:

Stacey B. McKinney #155499
Bullock County Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

s/ Philip G. Piggott
Philip G. Piggott
ASB-4379-P67P
E-Mail: pgp@starneslaw.com



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Stacy Mc Kinney    BCDC#: 155499

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.


X Stacey McKinney
Patient's Signature

5/2/07
Date


El-Cal Brutt DDS
Dentist's Signature

5/2/07
Date

PHS MD-70090