IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| STACY B. McKINNEY, #155499, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08-CV-90-MEF |
| | ) | |
| SMALLWOOD PRISON DENTAL | ) | |
| SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the notice filed by the plaintiff on May 29, 2008 (Court Doc. No. 38),

which the court construes as a motion to compel compliance with the order issued on April 25, 2008

(Court Doc. No. 29), and in light of the responses filed by defendant Burkett on May 1, 2008 (Court

Doc. No. 31) and May 29, 2008 (Court Doc. No. 41), it is

ORDERED that the motion to compel be and is hereby DENIED.

Done this 30th day of May, 2008.


 /s/ Terry F. Moorer                                    

TERRY F. MOORER

UNITED STATES MAGISTRATE JUDGE