IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACY B. McKINNEY, #155499, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-90-MEF |
| | ) |
| SMALLWOOD PRISON DENTAL SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to prison account clerk filed by the plaintiff on May 29, 2008 (Court Doc. No. 39), which the court construes as a motion to compel compliance with the order issued by this court on February 11, 2008 (Court Doc. No. 3), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the inmate account clerk at the Bullock County Correctional Facility shall withhold only twenty (20) percent of each preceding month's income and/or funds deposited to McKinney's inmate account as payment towards the $350.00 filing fee due in this case. The Clerk is DIRECTED to provide the inmate account clerk at the Bullock County Correctional Facility with a copy of this order and the order entered on February 11, 2008 (Court Doc. No. 3).

Done this 30th day of May, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE