```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005536
Cashier ID: khaynes
Transaction Date: 06/17/2008
Payer Name: BULLOCK COUNTY CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: STACEY B MCKINNEY
 Case/Party: D-ALM-2-08-CV-000090-001
 Amount:         $21.25
-----------------------------------
CHECK
 Check/Money Order Num: 22629
 Amt Tendered:   $21.25
-----------------------------------
Total Due:      $21.25
Total Tendered: $21.25
Change Amt:     $0.00
```