IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

STACEY B. McKINNEY 155499

    PLAINTIFF

V.                                                        CIVIL ACTION No: 2:08-CV-90-MEF

SMALLWOOD PRISON DENTAL SERVICES

    DEFENDANTS


MOTION FOR LEAVE TO FILE

MOTION FOR EXTENSION OF TIME

COMES NOW, THE PLAINTIFF IN THE ABOVE STYLED CAUSE AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH MOTION FOR LEAVE TO FILE AND IN SUPPORT STATES

1. THE PLAINTIFF PRAYS THAT HIS MOTIONS IS GRANTED

DONE ON THIS 19 DAY OF JUNE 2008

RESPECTFULLY SUBMITTED

/s/ Stacey McKinney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE ON THIS 19 DAY OF JUNE 2008 BY PREPAID US MAIL SERVED A COPY OF THE SAME ON THE ATTORNEYS FOR THE DEFENDANT

/s/ Stacey McKinney

STACEY B. McKINNEY 155499

P.O. BOX 5107 BCCF

UNION SPRINGS AL 36089

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

STACEY B. MCKINNEY
    PLAINTIFF

V.                                               CIVIL ACTION NO: 2:08-CV-090-MEF

SMALLWOOD PRISON DENTAL SER
    DEFENDANTS

## MOTION FOR EXTENSION OF TIME

COMES NOW, THE PLAINTIFF IN THE ABOVE STYLED CAUSE AND RESPECTFULLY MOVE THIS HONORABLE COURT WITH HIS MOTION FOR EXTENSION OF TIME AND IN SUPPORT STATES

1. THE PLAINTIFF'S RESPONSE TO THE DEFENDANTS REPORT IS DUE ON 6/23/08
2. DUE TO THE MULTIPLE REPORTS AND MEDICAL RECORDS FILED BY THE DEFENDANTS THE PLAINTIFF IS REQUESTING AN ADDITIONAL (21) DAYS GIVING HIM UNTIL JULY 14, 2008 TO FILE HIS RESPONSE

THE PLAINTIFF PRAYS THAT HIS REQUEST IS GRANTED
DONE ON THIS 19 DAY OF JUNE 2008

RESPECTFULLY SUBMITTED
Stacey McKinney

Stacey McKinney 155499
P.O Box 5107 BCCF
Union Springs AL. 36089
E1-27A

MONTGOMERY AL 361
20 JUN 2008 PM 2 L

Clerk
US District Court
P.O Box 711
Montgomery Ala 36101-0711

36101+0711