IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACEY B. McKINNEY #155499, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 2:08-CV-90-NEF |
| SMALLWOOD PRISON DENTAL SERVICES, ET AL., | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENTAL RESPONSE OF DEFENDANT EL-CID V. BURKETT, D.D.S.
TO COURT'S ORDER ENTERED APRIL 25, 2008 [DOC. 27]**

COMES NOW the Defendant, El-Cid V. Burkett, D.D.S., by and through the undersigned counsel, and supplements his response to the Court's Order of April 25, 2008 [Doc. 27], stating as follows:

1. Attached are medical records pertaining to the partials fitted for the Plaintiff, Stacey B. McKinney. The records illustrate that Mr. McKinney was in fact seen and treated on July 7, 2008, and fitted with partials. (Medical records of Plaintiff attached hereto as Exhibit A).

s/ Philip G. Piggott
Philip G. Piggott
ASB-4379-P67P
Email: ppiggott@starneslaw.com
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL  35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099
Attorney for El-Cid v. Burkett, D.D.S.

{B0870168}

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system. In addition, I do hereby certify that I have caused a copy of the foregoing pleading to be mailed to the following non-AlaFile participant:

Stacey B. McKinney #155499
Bullock County Correctional Facility
P.O. Box 5107
Union Springs, AL  36089-5107

                                                s/ Philip G. Piggott
                                                Philip G. Piggott
                                                ASB-4379-P67P
                                                E-Mail: pgp@starneslaw.com

{B0870168}

# EXHIBIT A

| DATE | TOOTH | SURFACE | SERVICES RENDERED / DENTAL SERVICES PROVIDED |
|---|---|---|---|
| 4/2/08 | FM | | Reviewed Pt Med Hx and revd dent Hx; Pt return to dental for r/o w/ M Reactrol; oral mouth rx f/up much better, will continue to Tx pt for the lesion, now on tongue as before, have one small/thin below R |
| 4/3/08 | | | There are no lesion on patient's skin; complaint no continuing eye problem |
| 4/9/08 | | | Reviewed Med and Dent Hist; Chlorhexidine mouthwash for 1 month. Pre shy keep on person, use twice a day. Pt wants RPD |
| 5/8/08 | | | Reviewed Pt Med Hx and Dent Hx; pt was seen by Dr Siddig out side call this morning; Dr. Siddig recommended the pt be put on antibiotic; I agree press antibiotic one time amt amx-29 25. |
| 6/4/08 | mouth | sores | Reviewed Pt Med Hx and Dent Hx; pt c/o of soreness on L rear side Lower |
| | Rxt + rinse | lesions | white lesion on mucosa and a little on gingiva on mesial L mucosa. White on buccal mucosa R side. Red lesion R std of soft palate two small lesions one below the tip; Pt said that whole on the meds tetracycline his mouth cleared up a lot; Oral exam; Tetracycline mouthwash pt rinse with prescription for 30 days; advised pt to keep dentist informed of his condition; Re-order for 30 days; Pt said only helped the with the soreness not showing the presence of treating him; mouth mouthwash in the morning. Exam - ClOBz lesion on floor of mouth white yellowish, looks alot like herpetiform apthae |
| 6/9/08 | | | will observe the lesion of tetracycline Rx mouthwash will shut not on pt's approach |
| 6/18/08 | oral exam | | Reviewed Pt Med and Dent Hx; Red Thy on Upper RPD [illegible]. Reviewed Pt Med Hx; lesion on floor of mouth L side lesion or lesion R side of tongue; visible low on tissue; Buccal mucosa R side red lesion hole corroded white areddish mucosa; will have to refer Pt for outside Ex; will talk w/ Dr Siddig & Mr Cage today to have smith doing Chlrohexi rinse perform 250 mg |
| 7/7/08 | upper | RPD | Reviewed Pt Med Hx; pt rinsed c tetracycline mouthwash delivered Upper RPD; fits good. Cf/M PCA MDDS |

ADOC

## PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: Stacey McKinney   BCDC#: 155499

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment.

TREATMENT: Deliver upper RPD

___✓___ I certify that I read, speak, and write English.

_Stacey McKinney_   7-7-08
Patient's Signature   Date

_Ed-Earl Burtett D.D.S._   7/7/08
Dentist's Signature   Date

## RECEIPT OF DENTAL PROSTHETIC OR APPLIANCE

Patient's Name: Stacey McKinney

AIS Number: 155499

I acknowledge the receipt of the following dental prosthetic/appliance:

( ) Upper Denture

( ) Lower Denture

(X) Upper Partial

( ) Lower Partial

( ) Upper Nightguard

( ) Other: NONE

I accept this prosthetic/appliance as it is functional for my use and is in good working condition.

I accept that this prosthetic/appliance has now become part of my personal belongings and I am fully responsible for any loss or damage.

I accept that the dental clinic and dental staff are not responsible for the repair or replacement of this prosthetic/appliance concerning any changes or adjustments made to it by anyone other than the dental staff.

I have read and understand all of the information provided above:

Stacey McKinney                           7-7-08
Patient's Signature                       Date Signed