IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

STACEY B. MCKENNEY 155499

    PLAINTIFF

VS.

SMALLWOOD PRISON DENTAL SERVICES

    DEFENDANTS

CIVIL ACTION NO 2:08 CV 90-MEF

PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANTS
SPECIAL REPORT

COMES NOW, THE PLAINTIFF IN THE ABOVE STYLED CAUSE OF ACTION AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH HIS RESPONSE IN OPPOSITION TO THE DEFENDANTS SPECIAL REPORT AND STATES:

1. THE PLAINTIFF STATES THAT THE DEFENDANTS ARE NOT ENTITLED TO ANY FORM OF IMMUNITY, THEIR ACTIONS WERE IN VIOLATION OF THE PLAINTIFFS RIGHTS AND HE HAS STATED A CLAIM FOR WHICH RELIEF CAN BE GRANTED.

2. THE CLAIMS ARE NOT MOOT, BECAUSE THE EVENTS HAVE NOT BEEN RESOLVED THE PLAINTIFF'S CONDITION HAS GOTTEN WORST AND NEITHER DEFENDANT ADDRESSED CERTAIN ISSUES. DEFENDANT ARCHIE DID NOT ADDRESS THE ISSUE OF HER BEING FIRED DUE TO NOT HAVING A LICENSE AND DEFENDANT BURKETT DID NOT DENY THAT HE TOLD THE PLAINTIFF THAT HIS INJURY CAME FROM DEFENDANT ARCHIE OR THAT SHE HAD BEEN FIRED FOR NOT HAVING HER LICENSE. IT WAS BECAUSE OF DEFENDANT BURKETT THAT THAT THE PLAINTIFF FILED THE ACTION AGAINST HER AND DR. BURKETT FAILED TO INFORM THE COURT THAT THE PLAINTIFF CONDITION HAS BECOME

1

serious that he is being treated and tested by outside doctors see plaintiffs exhibit affidavit.

The plaintiff's claim that Dr. Burkett told him that he did not qualify for partials out of retaliation has been proven through his own exhibits. He submitted an exhibit that revealed a list of inmates that had teeth ordered and of them all it was only the plaintiff who had not gotten his and exhibits reveals that it was only after the filing of the action against defendant Burkett was the plaintiffs partials sent to the lab.

The plaintiff states that it is clear that the defendants acting with deliberate indifference cause and subjected the plaintiff to cruel and unusual punishment in violation of <u>Estelle v Gamble</u>, 429 US 97 (1976)

Neither defendant addressed the actual medical condition of the plaintiffs mouth

Wherefore the defendants is not due summary judgment a hearing is due and the defendants should be ordered to inform this court details of the plaintiffs medical condition and the cause of it.

Done on this 9 day of July 2008

Respectfully submitted
Stacey McKinney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE ON THIS 9 DAY OF JULY 2008 BY PREPAID US MAIL SERVED A COPY OF THE SAME ON THE ATTORNEYS FOR THE DEFENDANTS

*Stacey McKinney*
STACEY MCKINNEY
AIS # 155499
P.O. BOX 507
UNION SPRINGS AL 36089

R. BRETT GARRETT
P.O. BOX 270
MONTGOMERY AL 36101-0270

PHILIP G. PIGGOT
100-BROOKWOOD PL 7TH FL
P.O. BOX 598512
BIRMINGHAM, AL 35259-8512

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

STACEY B. MCKINNEY 155499

    PLAINTIFF

V        CIVIL ACTION NO. 2:08-CV-90-MEF

SMALLWOOD PRISON DENTAL SERVICES

    DEFENDANTS

RECEIVED 2008 JUL 14 A 11:32 DEBRA P. HACKETT U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## SWORN AFFIDAVIT

BEFORE ME, THE UNDERSIGNED AUTHORITY, A NOTARY PUBLIC IN AND FOR SAID COUNTY AND STATE OF ALABAMA AT LARGE PERSONALLY APPEARED STACEY B. MCKINNEY WHO AFTER BEING BY ME DULY SWORN UNDER OATH DEPOSES AND SAYS AS FOLLOWS

1. MY NAME IS STACEY B. MCKINNEY AIS #155499 I AM THE INMATE PLAINTIFF IN THIS ACTION AND I AM OVER THE AGE OF NINETEEN (19) YEARS OLD

2. I ORIGINALLY BROUGHT THIS ACTION DUE TO SORES IN MY MOUTH THAT DR. BURKETT TOLD ME CAME FROM HAVING MY TEETH CLEANED AND THAT IT WAS CAUSED BY THE WOMAN THAT HAD CLEANED MY TEETH. HE SAID THAT SHE HAD BEEN FIRED BECAUSE IT WAS LEARNED THAT SHE DID NOT HAVE A LICENSE. I COULD NOT REMEMBER HER NAME OR WHEN I HAD SEEN HER. HE TOLD ME HER NAME AND THAT IT WAS AROUND OCTOBER OR NOVEMBER 2007, BUT HE WOULD NOT PROVIDE ME WITH THE NAME OF THE COMPANY THEY WORKED FOR.

3. AFTER FILING THE COMPLAINT I SAW DR. BURKETT WHO DISPLAYED ANGER TOWARD ME BECAUSE I HAD MENTIONED HIS NAME IN THIS ACTION AND WHEN I SAW HIM AGAIN AND I ASKED ABOUT MY PARTIALS, HE TOLD ME THAT I WOULD NOT BE GETTING THEM BECAUSE I DID NOT QUALIFY AND ALTHOUGH HE DENIES IT, HIS EXHIBITS SHOWS THAT OUT OF RETALIATION HE DELAYED ME HAVING PARTIALS AND ONLY AFTER THE AMENDMENT WAS FILED DID HE PROCEED IN OBTAINING THEM.

①

DOCUMENT 33-2 FILED 5-27-08 PAGE 9 OF 20 SHOWS A LIST OF INMATES ALL THE INMATES ON THE LIST HAVE HAD THEIR TEETH FOR MONTHS. PAGE 12 OF 20 SHOWS THAT DR. BURKETT DID NOT SEND THE PARTIALS BACK UNTIL 5-9-08 AFTER I AMENDED HIM. DEFENDANT ARCHIE CLAIMS THAT HER ACTIONS DID NOT CAUSE MY PROBLEMS AND BECAUSE I COULD NOT REMEMBER THE DATE, GOING BY THE INFORMATION GIVEN TO ME BY DEFENDANT BURKETT. SHE STATES THAT SHE SAW ME ON 5/2/08, BUT THE WAIVER WAS SIGNED BY DR. BURKETT NOT ARCHIE. AND DOCUMENT 32 PAGE 9 OF 24 SHOWS THAT HE ORIGINALLY SIGNED UP IN JULY, BUT HE BEGIN HAVING MAJOR PROBLEMS IN SEPTEMBER 2007 SO IF THE PROBLEMS WAS NOT CAUSED BY DEFENDANT ARCHIE, THEN DEFENDANT BURKETT LIED. AND IN HIS AFFIDAVIT HE DID NOT DENY THAT HE HAD GIVEN ME THE INFORMATION AND SHE DID NOT DENY THAT SHE HAD BEEN FIRED DUE TO NOT HAVING A LICENSE. HOWEVER MY PROBLEM HAS BECOME SO BAD, I HAD TO BE SENT OUT FOR TREATMENT

I SWEAR UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE

*Stacy McKinney*
PLAINTIFF

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 9th DAY OF _July_ 2008

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 4, 2011
NOTARY PUBLIC

MY COMMISSION EXPIRES

2

Stacey B McKinney 155499
P O Box 5107   BCCF
Union Springs AL. 36089
       E1-27A



Clerk
US District Court
P O Box 711
Montgomery AL 36101-0711

36101+0711 B007