IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

STACEY MCKINNEY
    PLAINTIFF

V.       CIVIL ACTION NO: 2:08-CV-90-MEF

SMALLWOOD PRISON DEWAYNE SR.
    DEFENDANTS

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, THE PLAINTIFF IN THE ABOVE STYLED CAUSE AND RESPECTFULLY GIVES NOTICE TO THE COURT AND ATTORNEYS FOR THE DEFENDANTS THAT AS OF JULY 29, 2008 HIS ADDRESS WILL BE

    STACEY MCKINNEY
    P.O. BOX 635
    GOODWATER, ALA 35072

DONE ON THIS 27 DAY OF JULY 2008

RESPECTFULLY SUBMITTED
*Stacey McKinney*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE ON THIS 28TH DAY OF JULY 2008 BY PREPAID US MAIL SERVED A COPY OF THE SAME ON THE ATTORNEYS FOR THE DEFENDANTS

*Stacey McKinney*
STACEY MCKINNEY
P.O. BOX 635
GOODWATER AL 35072



Stacey McKinney 155499
P.O Box 5107 BCCF E1-27A
Union Springs Al. 36089

Clerk
US District Court
P.O Box 711
Montgomery Ala 36101-0711

Legal Mail