## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

STACEY B. McKINNEY #155499, )
 )
  Plaintiff, )
 )
vs. )
 ) **Case No. 2:08-CV-90-NEF**
SMALLWOOD PRISON DENTAL )
SERVICES, ET AL., )
 )
  Defendants. )

## SECOND SUPPLEMENTAL RESPONSE OF DEFENDANT EL-CID V. BURKETT, D.D.S. TO COURT'S ORDER ENTERED APRIL 25, 2008 [DOC. 27]

COMES NOW the Defendant, El-Cid V. Burkett, D.D.S., by and through the undersigned counsel, and supplements his response to the Court's Order of April 25, 2008 [Doc. 27], stating as follows:

1. Attached hereto as Exhibit A are medical records pertaining to Plaintiff's medical care and treatment pertaining to Plaintiff's diagnosis of Pemphigus Vulgaris. Plaintiff is being seen and treated by a physician outside the prison system due to oral lesions that have nothing to do whatsoever with the care and/or treatment provided by Dr. El-Cid V. Burkett during Plaintiff's incarceration with the Alabama Department of Corrections.

       s/ Philip G. Piggott
       Philip G. Piggott
       ASB-4379-P67P
       Email: ppiggott@starneslaw.com

{B0887204}

Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL  35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099

Attorney for El-Cid v. Burkett, D.D.S.

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system.  In addition, I do hereby certify that I have caused a copy of the foregoing pleading to be mailed to the following non-AlaFile participant:

Stacey B. McKinney
P.O. Box 635
Goodwater, AL  35072

s/ Philip G. Piggott
Philip G. Piggott
ASB-4379-P67P
E-Mail:  pgp@starneslaw.com

{B0887204}

# EXHIBIT A

# CORRECTIONAL MEDICAL SERVICES
## DENTAL TREATMENT RECORD

### SERVICES RENDERED

| DATE | TOOTH | SURFACE | DENTAL SERVICES PROVIDED |
|------|-------|---------|--------------------------|
| 4/2/08 | FM | | Reviewed Pt Med Hx and read dent Hx; Pt return to dental for care with Rincinol; and mouth is feeling much better, will continue to Tx pt wait for the ulcer, non on tongue as before lesion one small lesion below (VB) |
| 4/3/08 | | | There are no lesion on Patient's skin; complaint no continuing eye problems (VB) |
| 4/9/08 | | | Reviewed Med and Dent Hist; Chlorhexidine mouth wash for 1 month Pt to keep on person. Use twice a day. Pt wants RPD (VB) |
| 5/8/08 | | | Reviewed Pt Med Hx and Dent Hx; Pt was seen by Dr Suddy at sick call this morning. Dr. Suddy recommended the pt be put on antibiotic; I agree puss exudate see lower amt ant 29 28. (VB) |
| 6/4/08 | mouth sores | Red & whitish lesion | Reviewed Pt Med Hx and Dent Hx; pt c/o of soreness on lower mandible lower whitish lesion on mucosa and a little on tongue on maxilla mucosa. White on buccal mucosa (R) side Red lesion (R) side of soft palate two small lesion one below the other '0°' pt said that while on the meds tetracycline his mouth cleared up a lot; Oral lesion; tetracycline mouthwash pt rinse with pat on tetracyph for 30 days; advised to to keep dentist informed of his condition; Rx Peridex for 30 days; Pt said only helped the with the soreness will observe the progress c tetracycline; mouth mouthwash rx two morning. Ext CuO3/2 dm lesion on floor of mouth white yellowish looks alot like herpetiform apthae will observe the lesion if tetracyph tx not resolve will start pt on other approach |
| 6/9/08 | | | Reviewed Pt Med and Dent Hx; Red Thy – rn Upper RPD fits well (VB) |
| 6/18/08 | oral exam | | Reviewed Pt Med Hx; Lesion on floor of mouth (L) side lesion on lateral (R) end of tongue; visible low antere; Brown/mucose (R) side red lesion look crusted white & reddish mucose; will have to refer pt for outside Fx; will talk Mr Dr Suddy & Ms Cargie today to have something done; Chlorohexidine rinse, provicam 20 mg (VB) |
| 7/7/08 | upper RPD | RPD | Reviewed Pt Med Hx; Pt rinse c tetracycline mouthwash – delivered Upper RPD; fits good. Gt fit PB ADD 3 |
| | | | |
| | | | |
| | | | |

## CONSULTATION REQUEST

Reference #: _____
Date of Request: _____

( ) Off-site ☐ On-Site Clinic ☐ Telemedicine
☐ Urgent (72 hr) ☐ Routine (30 day) Request
Inmate: Van Haney, Stacy   Inmate ID#: 155499   DOB: _____ DOI: _____ EDR: _____
Site: Bullock   Clerk Center: _____
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.): _____

For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.

| Procedure/Test/Specialty Service Requested: ENT | Initial Visit or F/U? | F/U#: |
| --- | --- | --- |

Provider: _____

Presumed Diagnosis: *Throat Mores*

Describe Signs & Symptoms: *Pain, constant Bleeding, painful swallowing*

Exam Data/Objective Findings: *oral lesions to tongue, Throat, and cheeks*

Lab & X-ray Data: _____

RMD/Site Provider Discussion at Alternative Treatment Modalities discussed with: _____

*approved*

Current Medications: _____

Failed Outpatient Therapies: _____

RMD Signature: *Tim (Dul M)*
Date: *23 Jun 08*

Enrolled in Chronic Care Clinic (s)? ☐ Yes ☐ No   Which Clinic(s)?

Other Diagnosis: _____

☐ Proceeding with original specialty referral request, not alternative

Site Provider signature: _____
Date: _____

Comments: *I make med ENT Consult for oral lesions*

Site Medical Provider   Signature: *(illegible)* Date: 6/22/8?

Site Medical Director _____ Date: _____

Criteria Source: ☐ Milliman ☐ InterQual
☒ Other (specify): *RND directive*
Criteria Met: ☐   Criteria Not Met: ☐   Alternative Treatment: ☐
Alternative Treatment Not Accepted ☐
UM Reference #: _____
Initials: *DD*   Date: *6/23/08*

UM Note for Scheduler:
Dr. Blyth
1965 1st Ave.
Opelika, AL 36801
on June 23, 2008 @ 9:00am
334-705-0012

Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine service is still necessary and appropriate.

4/2008

Form 401-A

**Provider Consultation Report**
**(Complete and return in SEALED envelope with Correctional Officer)**


CMS
DEDICATED PEOPLE
MAKING A DIFFERENCE
Correctional Medical Services

Reference #: _____

Inmate: McKinney Stacey    Inmate ID: 155499    Date of Service: 6-23-08

Institution: Bullock    Institution ID: 6252    DOB: 10-07-62

Provider: _____    Provider Type: _____    Phone: 738-5625 ext.119    Location: _____

**\*\*\*See Attached Consultation Request for Health Services Authorized\*\*\***

*For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, all recommended tests and treatments are to be scheduled by CMS.*

Review of Case: (Chief complaint, exam findings etc.)

Oral ulcer

Diagnosis and Prescription Suggestions (To be reviewed by CMS Medical Director)

Stomatitis

Can equivalent medication substitution be used?  Yes  (No)    Follow-up needed? (Yes)  No

If follow-up needed, explain:

2 wks - rev

Provider Name (print): Smith    Provider Signature: ST    Date: 6/23/08

To be completed by CMS provider

Recommendation after review of consultant's report:    No further action    Implement the following

Implement:

CMS Provider Name (print): _____    CMS Provider Signature: _____    Date: _____

AL-401B –Consultation Report – Rev 10/2007
Copyright© 2007 by Correctional Medical Services, Inc. All Rights Reserved



### Provider Consultation Report
### (Complete and return in SEALED envelope with Correctional Officer)

Reference #: _____

Inmate: McKinney, Stacey

Institution: Bullock

Inmate ID: 155499

Institution ID: 6252

Date of Service: 7-15-08

DOB: 10-07-62

Phone: 738-5625 ext.119

Provider: _____    Provider Type: _____    Location: _____

### ***See Attached Consultation Request for Health Services Authorized***

*For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, all recommended tests and treatments are to be scheduled by CMS.*

**Review of Case:** (Chief complaint, exam findings etc.)

℞ oral Lesion

6x taken today

**Diagnosis and Prescription Suggestions** (To be reviewed by CMS Medical Director)

Stomatitis 528.0    RX - Amoxicillian 500mg 1 po tid x7d

6x today                Lortab 5  1-2 po q 4° prn pain
                                                    # 20

Can equivalent medication substitution be used?  Yes   No    Follow-up needed? (Yes)  No

**If follow-up needed, explain:**

1 wk 7/23/08 9:45Am

Provider Name (print): Warren Stiles    Provider Signature: _____    Date: 7/15/08

To be completed by CMS provider

Recommendation after review of consultant's report:    No further action    Implement the following

Implement:

CMS Provider Name (print): _____    CMS Provider Signature: _____    Date: _____

AL-401B –Consultation Report – Rev 10/2007

This patient is incarcerated. Correctional Medical Services provides the health care to the inmates incarcerated at this facility. Please send summary of care provided including diagnostic reports and recommended follow-up.

Place in a sealed envelope and the officer transporting the patient will return to the nurse at the Medical Unit. Call the Medical Unit if hospital admission is indicated.

**Billing Information:**

All facility charges, as well as physician, CRNP or PA services rendered in the emergency room and billed under the facility tax ID number should be submitted to:

Blue Cross and Blue Shield of Alabama
450 Riverchase Parkway, East
Birmingham, AL 35244

These claims can be filed electronically to Blue Cross and Blue Shield of Alabama in the usual manner. The group number is 57688.

**Inquiries to Provider Customer Service:** Blue Cross & Blue Shield of Alabama: 205-733-7016; 800-517-6425

White: Medical Record Canary: HSA Pink: With Patient to ED

AL-7176-Emergency Transfer Form – Rev 10/2007
Copyright © 2007 by Correctional Medical Services, Inc., All Rights Reserved.

## LEE PATHOLOGY
### LABORATORY
503 E. Thomason Circle
Opelika, Alabama 36801-5498
(334) 749-8234

Patient Name: **MCKENNEY, STACY**
DOB: 10/7/1962 Age: 45 years Sex: Male
Location: Lee Path
Attending Physician: STILES, WARREN                  Chart Copy to Dr.: **STILES, WARREN**

cc:    Warren A. Stiles, MD


Electronically Signed By: CAIN MD, KRESSIDA T
            On 07/18/08 13:08


DD: 07/16/08   TD: 00:00



CC: STILES, WARREN


Print Date/Time: 7/18/2008 14:20          MR #: 0000605960
Page 2 of 1                                Financial #: 0819800210
                                              **MCKENNEY, STACY**

**LEE PATHOLOGY**
**LABORATORY**
503 E. Thomason Circle
Opelika, Alabama 36801-5498
(334) 749-8234

Patient Name: **MCKENNEY, STACY**
DOB: 10/7/1962 Age: 45 years Sex: Male
Location: Lee Path
Attending Physician: STILES, WARREN

Chart Copy to Dr.: **STILES, WARREN**

## Office Surgical Tissue Report

Office Surgical Tissue

Specimen S-626125

Specimen Collected: 7-15-08

Pre-Op Diagnosis:    oral lesion
Post-Op Diagnosis:   same
Procedure:           punch biopsy
Specimen:            oral mucosa

GROSS DESCRIPTION:    Received in formalin labeled as "oral mucosa" are multiple tan tissue fragments measuring 1.0 cm in aggregate. The specimen is entirely submitted in one cassette.

MICROSCOPIC DESCRIPTION:    Microscopic examination performed; description omitted.

FINAL DIAGNOSIS:    ORAL MUCOSA, PUNCH BIOPSY:
ORAL MUCOSA WITH INTRAEPITHELIAL ACANTHOLYTIC SEPARATION
JUST ABOVE THE BASAL CELL LAYER OF THE
EPITHELIUM. (SEE COMMENT).

COMMENT: Sections of the oral mucosa show intraepithelial acantholytic separation of the squamous mucosa just above the basal layer of the epithelium. There is a moderate chronic inflammatory cell infiltrate seen in the underlying connective tissue. These findings are suggestive for pemphigus vulgaris. Clinical correlation is suggested.

TR: csb
DT: 07/16/2008 11:27 A
DOC: 1045020

Print Date/Time: 7/18/2008 14:20
Page 1 of 1

MR #: 0000605960
Financial #: 0819800210
MCKENNEY, STACY

## CONSULTATION REQUEST

☐Off-site ☐On-Site Clinic ☐Telemedicine
☐Urgent ☐Routine ☐Retro Request

Reference #: _____
Date of Request: _7-16-08_

Inmate: _McGinney Stacey_    Inmate ID#: _155499_    DOB: _10-07-62_
Site: _Bullock_    Cost Center: _6252_    DOI: _____ EDR: _____

3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.): _____

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

Procedure/Test/Specialty Service Requested: _ENT_
Provider: _____    Initial Visit or F/U? _____    F/U#: _____

| | |
|---|---|
| Presumed Diagnosis: | *Oral Mass sp Biopsy* |
| Describe Signs & Symptoms: | Date of Onset: _____ *Dysphagia/Pain/Oral Mass sp Biopsy* |
| Exam Data/Objective Findings: | *as above* |

| | |
|---|---|
| Lab & X-ray Data: | RMD/Site Provider Discussion of Alternative Treatment Modalities discussed with: _____ |
| Current Medications: | |
| Failed Outpatient Therapies: | |
| Enrolled in Chronic Care Clinic (s)? ☐ Yes ☐ No   Which Clinic(s)? | RMD Signature: _____ Date: _____ |
| Other Diagnosis: | ☐ Proceeding with original specialty referral request, not alternative |
| Comments: _Inmate sp Biopsy of oral_ | Site Provider signature: _____ Date: _____ |
| Site Medical Provider: _Ferren, Meds_   Signature: _____ Date: _7/23/08_ | |
| Site Medical Director: _____ | |
| Criteria Source: ☐ Milliman   ☐ InterQual ☐ Other(specify): _____ Criteria Met: ☐   Criteria Not Met: ☐   Alternative Treatment: ☐ Alternative Treatment Not Accepted ☐ | UM Notes for Scheduler: |
| UM Reference #: _____ Initials: _____ Date: _____ | |

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine service is still necessary and appropriate.*

Form 401-A

4/2008

**CONSULTATION REQUEST**

☐Off-site ☐On-Site Clinic    ☐Telemedicine                  Reference #: _____
☐Urgent ☐Routine ☐Retro Request                            Date of Request: 6-23-08
Inmate: Mckinney, Stacey     Inmate ID#: 155499    DOB: 10-07-62
Site: Bullock                Cost Center: 6252      DOI: _____  EDR: _____
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.): _____

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

Procedure/Test/Specialty Service Requested: ENT
Provider: _____    Initial Visit or F/U? _____    F/U#: _____

| | |
|---|---|
| Presumed Diagnosis: | Oral Mass |
| Describe Signs & Symptoms: | Pain, Bleeding discharge from oral lesions.    Date of Onset: |
| Exam Data/Objective Findings: | as above |
| Lab & X-ray Data: | RMD/Site Provider Discussion of Alternative Treatment Modalities discussed with: _____ |
| Current Medications: | |
| Failed Outpatient Therapies: | |
| Enrolled in Chronic Care Clinic (s)? ☐ Yes ☐ No   Which Clinic(s)? | RMD Signature: _____  Date: _____ |
| Other Diagnosis: | ☐ Proceeding with original specialty referral request, not alternative |
| Comments: | Site Provider signature: _____  Date: _____ |

Comments: small mass Rt, often severe

Site Medical Provider: ENT once before    Signature: _____  Date: 6/23/08

Site Medical Director: _____    Date: _____

| | |
|---|---|
| Criteria Source:   ☐ Milliman   ☐ InterQual<br>☐ Other(specify): _____<br>Criteria Met: ☐   Criteria Not Met: ☐   Alternative Treatment: ☐<br>Alternative Treatment Not Accepted ☐ | UM Notes for Scheduler:<br>Dr. Stiles<br>1965 1st Ave.<br>Opelika AL.<br>on July 15, 2008 @ 9:00 am<br>334-705-0012 |
| UM Reference #: | |
| Initials: _____   Date: _____ | |

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine service is still necessary and appropriate.*

Form 401-A                                                    4/2008



**Alabama Department of Corrections**
**Office of Health Services**
**Return from Offsite Consult**

Name McKinney, Stacey, DOC#: 155499, Date: 6|23|08

Subjective statement of the patient about what transpired: _____

_____

_____

_____

_____

Apparent condition of the patient on return: (Describe any scars, wounds, dressings, casts, etc.) _____

_____

_____

Any new diagnoses by the consultant: _____, _____

Recommended tests: _____, _____

_____

Need or plans for hospitalization: Y, N?

If yes, for what purpose? _____

Recommended medications: _____, _____

_____, _____

MD notified of medication recommendations? Y, N

Orders for meds received from staff physician? Y, N Circle those meds above which were ordered.

Name of MD notified _____ will dd _____

Other recommendations of the consultant: _____

_____

Follow-up visit requested by consultant? Y, N. When? _____

Purpose of follow-up: _____

Appointment date to see staff physician for review and follow-up: _____

Summary review by staff physician: _____ will conti on like

cur mds

Name: _____, Date: 6/23 8

**CONSULTATION REQUEST**

Reference #: _____

☐Off-site ☐On-Site Clinic  ☐Telemedicine
☐Urgent ☐Routine ☐Retro Request

Inmate: McKinney Stacy    Inmate ID#: 155499    Date of Request: 6-23-08
Site: Bullock    Cost Center: 6253    DOB: 10-07-62
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):    DOI: _____    EDR: _____

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

Procedure/Test/Specialty Service Requested: ___ENT___
Provider: _____    Initial Visit or F/U? _____    F/U#: _____

Presumed Diagnosis: *Oral Mass*

Describe Signs & Symptoms:    Date of Onset: _____
*Pain, Bleeding, discharge from oral lesions.*

Exam Data/Objective Findings:
*as above*

| Lab & X-ray Data: | RMD/Site Provider Discussion of Alternative Treatment Modalities discussed with: _____ |
|---|---|
| Current Medications: | |
| Failed Outpatient Therapies: | |
| Enrolled in Chronic Care Clinic (s)? ☐ Yes ☐ No   Which Clinic(s)? | RMD Signature: _____   Date: _____ |
| Other Diagnosis: | ☐ Proceeding with original specialty referral request, not alternative |
| Comments: *small wad Pt, after Several* | Site Provider signature: ____   Date: ____ |

Site Medical Provider: *ENT once before*    Signature: _____   Date: ____
Site Medical Director: _____   Date: ____

| Criteria Source:  ☐ Milliman  ☐ InterQual | UM Notes for Scheduler: |
|---|---|
| ☐Other(specify): *RMD directive* | *Dr. Stiles* |
| Criteria Met: ☐  Criteria Not Met: ☐  Alternative Treatment: ☐ | *1965 1st Ave.* |
| Alternative Treatment Not Accepted ☐ | *Opelika AL* |
| UM Reference #: | *on July 15, 2008 @ 9:00am* |
| Initials: *JV*   Date: 6/27/08 | *334-705-0012* |

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine service is still necessary and appropriate.*

Form 401-A    *Last Office Visit June 23, 2008*

# RECEIPT OF DENTAL PROSTHETIC OR APPLIANCE

**Patient's Name:** _Stacey McKinney_

**AIS Number:** _155499_

I acknowledge the receipt of the following dental prosthetic/appliance:

( ) Upper Denture

( ) Lower Denture

(X) Upper Partial

( ) Lower Partial

( ) Upper Nightguard

( ) Other: _____

I accept this prosthetic/appliance as it is functional for my use and is in good working condition.

I accept that this prosthetic/appliance has now become part of my personal belongings and I am fully responsible for any loss or damage.

I accept that the dental clinic and dental staff are not responsible for the repair or replacement of this prosthetic/appliance concerning any changes or adjustments made to it by anyone other than the dental staff.

I have read and understand all of the information provided above:

_Stacey McKinney_                    _7-7-08_
Patient's Signature                    Date Signed

## ADOC

## PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: _Stacey McKinney_     BCDC#: _155499_

1.  I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.  I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.  I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.  I have had the opportunity to ask questions which have been answered to my satisfaction.

5.  I understand there is no guarantee of success or permanence of the treatment.

TREATMENT _Delired upper RPD_

_____ I certify that I read, speak, and write English.

_Stacey McKinney_     _7-7-08_
Patient's Signature                      Date

_Ed-Eul Burtett D.D.S._     _7/7/08_
Dentist's Signature                      Date

## ADOC

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: _Stacey McKinny_      BCDC#: _____

1.  I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.  I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.  I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.  I have had the opportunity to ask questions which have been answered to my satisfaction.

5.  I understand there is no guarantee of success or permanence of the treatment.

TREATMENT _Tetracyclin HCl 1g c̄ cup of water_

Patient's Signature: _Stacey McKinny_      Date: _6/6/08_

Dentist's Signature: _El-Abd Bahgat DDS_      Date: _6/6/08_

# ADOC

## PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: _McKinney Stacey_          BCDC#: _155499_

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.

**TREATMENT**   _Tetracyclin HCl tablet and mouth wash_

_Stacey McKinney_                    _6-4-2008_
Patient's Signature                          Date

_E. Cl. Burkett DDS_                  _6/4/08_
Dentist's Signature                          Date

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**



FOR MEDICAL USE ONLY

Print Name: _Stacey McKinney_    Date of Request: _3-18-2008_

ID #: _155499_    Date of Birth: _10-7-62_    Housing Location: _E-1-27-A_

Nature of problem or request: _This is a F/APER·UP To see the Dental about my mouth & gums_

I consent to be treated by health staff for the condition described.

_Stacey B McKinney_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA**

| DO NOT WRITE BELOW THIS AREA |
| --- |

Triaged by: _MJ_    Referred to: (Circle ONE)
Initials    NSC    Mid-level SC    Physician SC    MH    (Dental)
Other: _____

**HEALTH CARE DOCUMENTATION**

Subjective: _My gums hurts_

Objective: BP _118/84_  T _98.8_  P _74_  R _20_  Wt _198_

_Resps Regular & even skin w/o to touch._

Assessment:

Plan: _See MD this AM_

☑    Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)   Mid-level    Physician    MH    (Dental)    Other: _____

Signature & Title: _Martha Jackson_    Date: _3-19-08_  Time: _0510_

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM



FOR MEDICAL USE ONLY

Date Received:

Time Received:

Print Name: _Stacey McKinney_      Date of Request: _4-2-2008_

ID #: _155499_      Date of Birth: _10-7-62_  Housing Location: _E-1-27-A_

Nature of problem or request: _I have canker sores inside of my mouth and it hurt real BAD._

I consent to be treated by health staff for the condition described.

_Stacey McKinney_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA

| DO NOT WRITE BELOW THIS AREA |
| --- |

Triaged by: _____      Referred to:  (Circle ONE)
Initials                                 NSC    Mid-level SC    Physician SC    MH    Dental
                                         Other: _____

### HEALTH CARE DOCUMENTATION

Subjective: "My mouth has been hurting for over a week"

Objective: BP _131/85_ T _98.2_ P _72_ R _20_ Wt _192_

Assessment: A/0x3, resp. even & unlabored, skin w/o touch. Ambulated to HCU,
Plan: Steady even gait. Able to move all ext. J difficulty. All in comfort
R/t mouth sore. No acute distress noted.

☐   Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)   Mid-level    Physician    MH   Dental   Other: _____

Signature & Title: _S. Harrison, LPN_      Date: _4/2/08_ Time: _1248_

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM



FOR MEDICAL USE ONLY

Date Received 3/20/08

Time Received 8:33

Print Name: *Stacey McKinney*　　　　　Date of Request: *3-19-2008*

ID #: *155199*　　Date of Birth: *10-2-62*　Housing Location: *E-1-27-B*

Nature of problem or request: *I need To see The Denten, It Is A Flowla up*

I consent to be treated by health staff for the condition described.

　　　　　　　　　　　　*Stacey McKinney*
　　　　　　　　　　　SIGNATURE

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA**

| DO NOT WRITE BELOW THIS AREA |
|---|

Triaged by: ___*m*___　　Referred to: (Circle ONE)
　　　　　　Initials　　　　　　　　NSC　　Mid-level SC　　Physician SC　　MH　　Dental
　　　　　　　　　　　　　　　　　　Other: _____

**HEALTH CARE DOCUMENTATION**

Subjective: *I need to see the dentist*

Objective: BP *140/90*　T *98*　P *73*　R *20*　Wt *195*
*Resps Regular & even Skin c/o to touch*

Assessment: *Alteration In comfort R/T Mouth Pain*

Plan: *Ace MD*

　　　☑　Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)　Mid-level　Physician　MH　(Dental)　Other: _____

Signature & Title: *Martha Jackson CPN*　Date: *3/21/08*　Time: *0500*



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Stacy Mc Kinney _____ BCDC#: 155499 _____

1.  I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.  I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.  I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.  I have had the opportunity to ask questions which have been answered to my satisfaction.

5.  I understand there is no guarantee of success or permanence of the treatment.


X _Stacey McKinney_
Patient's Signature

_5/2/07_
Date


_El-Cal Brutt DDS_
Dentist's Signature

_5/2/07_
Date

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**



FOR MEDICAL USE ONLY

Date Received 3/18/08

Time Received 8:00

Print Name: *Stacey McKinney*　　Date of Request: *3-18-2008*

ID #: *155499*　　Date of Birth: *10-7-62*　　Housing Location: *E-1-27-A*

Nature of problem or request: *This is a FlARER UP To see*
*The Dental about my mouth & gums*

I consent to be treated by health staff for the condition described.

*Stacey B McKinney*
SIGNATURE

## PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA

### DO NOT WRITE BELOW THIS AREA

Triaged by: *MJ*　　Referred to: (Circle ONE)
　　Initials　　　　NSC　Mid-level SC　Physician SC　MH　(Dental)
　　　　　　　　Other: _____

### HEALTH CARE DOCUMENTATION

Subjective: *My gums hurts*

Objective: BP *118/84*　T *98⁸*　P *74*　R *20*　　Wt *198*
*Resps Regular & even skin w/o to touch.*

Assessment:

Plan: *See MD this AM*

☑　　Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)　Mid-level　Physician　MH　(Dental)　Other: _____

Signature & Title: *Martha Jackson*　　Date: *3-19-08*　Time: *0510*



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

Services Rendered

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| '0/12/05 | | | cc: Sore gum tissue in area of 12-13 extraction site. Listerine rinsing & applied dressing. | | |
| 4/26/07 | | | Reviewed Pt Med Hx; Pt c/o bleeding gums and pain; gingivitis; tetracycline given; Pt will get Periochip meds on each for Dental charge — | ENB | |
| 5-2-07 | | | PMH, SCAL, FLOSS, OHI, OHI, Smoker, OOH, radiograph & stain, Smoker — | SJT | PER |
| Sept 12, 07 | | | Reviewed Pt Med Hx; Oral exam mouth sores anthrax ulcer; Orabase; Rincinal Rincinol | ENB | |
| Sept 13, 07 | | | Reviewed Pt Med Hx - 2% lidocaine HCl 1.8cc (x1) 5 Sept 13 07 000 - Med given for pain — | TPP | |
| Oct 18 07 | | | Reviewed Pt Med Hx; Pt c/o small sores on both Anthrax ulcer; Rx Rincinal mouthwash used added Pt if condition get worse or prison benefit charge med | ENB | |
| Oct 22, 07 | | | Reviewed Pt Med Hx; Pt c/o from been on lingual surf of tongue at the top 3 mouth sores yellowish & red halo; Recurrent Apthous stomatitis used; Rincinol mouth wash and Orabase; Pt said mouth feel better, continue by 6 ~ 3 or 4 days — | ENB | |
| Nov. 15 07 | | | Reviewed Pt Med Hx and Dent Hx; Pt c/o pain from mouth sore; Recurrent Apthae ulcer buccal mucosa. | SJT | |
| 1/9/08 | | | Reviewed Pt Med Hx; Recurrent Aptha ulcer lower mouth lip upper lip and top of tongue Rx Rincinal and Orabase on 1 or 2 sore will observe Pt condition. | ENB | |
| 2/11/08 | | | Reviewed Pt Med and Dent Hx; Oral exam complete Pt c/o gingiva being sore mandibular ant area 27-25 Periochip for periodontal; redness with calculus need scaling. Rinse & Periochip will observe on 2 weeks. | ENB | |
| 3/10/08 | | | Reviewed Pt Med Hx; Pt c/o mouth sore Med given Orabase Pt to put in sick call slip for appt for Rx | ENB | |
| 3/19/08 | | | Reviewed Pt Med and Dental Hist; Aptha sore observe @ oral on mucosa; local labial sore & lobe; Rinse oral Orabase on hourly; white & red halo; appt time later today for more Rx of mouth; lesion appear if fever — | ENB | |
| 4/2/08 | | | Reviewed Med Hx; Oral exam pt has some ulcer in the same places; one on frenum may be cut by lower @ teeth; Chronic recurrent the ulcer May have to refer pt to Pt Sick for work up. Rinse oral and Orabase, Rx any place of the gum and mucosa on frenum of tongue. May be both up Rx; oral health care, periodontal day scale | ENB | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
| McKinney | Stacy | | 10/7/62 | B/m | 15549 |

PHS-MD-70022



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** *Stacey McKinney*                    BCDC#: *155499*

1.      I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.      I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.      I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.      . I have had the opportunity to ask questions which have been answered to my satisfaction.

5.      I understand there is no guarantee of success or permanence of the treatment.


*Stacey McKinney*                                    *9/5/06*
Patient's Signature                                   Date

*El-Cel Burkett DDS*                                  *9/5/06*
Dentist's Signature                                   Date



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** McKinney Stacy _____ BCDC#: 155499 _____

1.     I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.     I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.     I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.     I have had the opportunity to ask questions which have been answered to my satisfaction.

5.     I understand there is no guarantee of success or permanence of the treatment.

_Stacey McKinney_
Patient's Signature

_Aug 8-05_
Date

_El-Cul Burk H mas_
Dentist's Signature

_8/8/05_
Date

PHS MD-70090

# DENTAL RECORDS

|  | BCDC # | DATE OF EXAM | Completed |
|---|---|---|---|

### Treatment Needed

me

Classification        1        2        3        4

1  2  3  4  5  6  7  8  9  10 11 12 13 14 15 16
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

L
E
F
T

Existing Prosthesis        Yes____        P/P    C/C
                           No ____

Periodontal Classification    1    2    3    4
Oral Hygiene
Soft Tissue

## MEDICAL HISTORY REVIEW

Check "yes" or "no" to any of the conditions below that you have or have had.

| | YES | NO | DENTIST'S NOTES |
|---|---|---|---|
| HIV | | ✓ | |
| Allergies | | ✓ | |
| Anemia | | ✓ | |
| Asthma or other respiratory problems | | ✓ | |
| Blood pressure conditions | | ✓ | |
| Diabetes | | ✓ | |
| Epilepsy | | ✓ | |
| Excessive bleeding after surgery | YRS | ✓ | |
| Fainting | | ✓ | |
| Are you in good health | | ✓ | |
| Gastrointestinal disorders | | ✓ | |
| Heart Disease or murmur | | ✓ | |
| Hepatitis | | ✓ | |
| Kidney problems | | ✓ | |
| Reactions to anesthetics or medications | ✓ | ✓ | |
| Rheumatic fever | | ✓ | |
| Taking any medication | | ✓ | |
| Thyroid conditions | | ✓ | |
| Tuberculosis | | ✓ | |
| Are you pregnant | | | |
| Other conditions | | | |

e undersigned, have check the above conditions and consent to necessary dental treatment.

Aug 8-05
Date

's Signature

PHS MD-70091



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

### MENTAL HEALTH SERVICES

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination  2/28/04

Initial Classification

Oral Pathology .................................. Gingivitis _____
Vincent's Infection _____
Stomatitis _____
Other Findings _____

Occlusion _____

Roentgenograms .................................. Periapical _____
Bitewing _____
Other _____

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Rheumatic Fever | ☐ | ☒ | V.D. |
| ☒ | ☐ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☒ | Hepatitis |
| ☒ | ☐ | Present Medication | ☐ | ☒ | Anemia or Bleeding Problems |
| ☒ | ☐ | Epilepsy | ☐ | ☒ | Heart Disease |
| ☐ | ☒ | Asthma | ☐ | ☒ | High Blood Pressure |
| ☐ | ☒ | Diabetes | ☐ | ☒ | Kidney Disease |
| ☐ | ☒ | HIV | ☐ | ☐ | Other Disease |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| 4/28/04 | | | Exam, prophy, OHI. Pt had heavy calculus deposite with heavy bleeding upon probing — | ItRDP | |
| 5/26/05 | | | Pt. claims gum tissue is sore + painful in area of missing bicuspide. Pt requested partials, Pt. does not have enough missing teeth. < 6 teeth in arch. Presc. 2 tablets of Percogesic tid X 3 days. | | twf |
| 9-5-06 | | | Gross scale, OHI. Pt had heavy calculus deposite ē heavy bleeding upon probing. | MRE, RPW | |

| INMATE NAME (LAST, FIRST, MIDDLE) McKinney, Stacey | DOC# 155499 | DOB | R/S B/M | FAC. BCCF |
|---|---|---|---|---|

PHS-MD-70015

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Stacey McKinney_    BCDC#: _155499_

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.

_Stacey McKinney_
Patient's Signature

_4/28/04_
Date

_H. Ropp_
Dentist's Signature

_4/28/04_
Date

PHS MD-70090

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: _McKinney Stacey_  ID#: _155499_  Institution: _Bullock_

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 7/9/ | | 130/80, 70, 20, 97 | |
| | | S) oral ulcer | |
| | | O) Healed | |
| | | no pain | |
| | | Few oral ulcer on the | |
| | | insert | |
| | | A oral aphthous ulcer | |
| | | D) will give _____ NASD c _____ 60 SD | |
| | | x 10 D | |

## Correctional Medical Services
### Inter Disciplinary Progress Notes

Patient Name: _McKeney Stacey_    ID#: ____    Institution: ____

| Date | Time | Notes | Signature |
|---|---|---|---|
| 6/6/08 | 8A | 130/80, 80, 98.6 CC <br> S) Red Eye <br> O) L) Eye Bumped <br> Subconjunctival Hemorrhage <br> Vision 20/20 <br> Periorbital swelling <br> Pain <br> A) Trauma to orbit <br> P) will & obs. Watch for subconjunctival to resolve ___ 8mg | |
| 6/13/08 | 8A | 130/70, 80, 97.8, 18 ___ 8mg <br> S) Sores to the tongue <br> O) Multiple oral ulcer of tongue & Buccal of mouth responding to ___ <br> A) apthous ulcer <br> P) will ___ ___ ___ <br> 8mg | |

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient
Name:                                    ID#:              Institution:

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 6/30/0? | 8:00 am | 130/80, 97718, 20 | |
| | | S/ Complaing pain to the mouth, and new crops of ulcer to the mouth | |
| | | O/ Tip of the tongue showed 3 ulcer with yellow crust on the labia. Fixed Swip film yellow based ulcer | |
| | | Buccal side of the mouth Showed maceration no swelling | |
| | | A/ Multiple oral aphthous ulcer P will Start on compound, and get ENT Consult — | |

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

| Patient Name: | McKinney Stacey | ID#: | | Institution: | |
|---|---|---|---|---|---|

| Date | Time | Notes | Signature |
|---|---|---|---|
| 4/26/8 | 8:30 A | 130/70, 70, 96.8, 18 | |
| | | S) Recurrent oral ulcers | |
| | | O) Recurrent oral apthous ulcer responded to steroid no H/ g and PN | |
| | | A) Apthous ulcer (oral) P) Will give q wee predn. 1wk Start q day predisone 20 q d x 2 d | |
| 4/30/8 | 8 A | 130/80, 70, 98.6 18 | |
| | | S) Mouth Ulcer | |
| | | O) apthous Ulcer to mouth Heal then cause July | |
| | | A) Apthous ulcer P) will g q wee med & hld all meds | |

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: _McKinney Slade_  ID#: _____  Institution: _____

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 4/18/08 | | S) tonsillar pain | |
| | | O) pharyngeal irritation | |
| | | no exudate | |
| | | redness | |
| | | [illegible] | |
| | | A) tonsillitis | |
| | | P) will [illegible] [illegible] 2nd [illegible] keep [illegible] | |
| 9/8/08 | | S) oral ulcer / sinus allergies | |
| | | O) purulent discharge from | |
| | | the frontal sinus | |
| | | nasal / sinus / conjunctival | |
| | | allergies | |
| | | A) allergic rhinitis / oral ulcer / [illegible] | |
| | | P) will give [illegible] order, [illegible] | |
| | | Benadryl for allergies | |

CMS 7113-Inter Disciplinary Progress Notes – revised 3/2004
Copyright © by Correctional Medical Services, Inc., All Rights Reserved

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient
Name:                                    ID#:              Institution:

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| | | *[illegible handwritten notes]* | |

McKinney - Stacey

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient
Name: 155499                    ID#:                    Institution:

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 2/15/08 OP | | S) C/o hairy PC to the tongue | |
| | | O) Minor maceration minor pain no bleeding | |
| | | A) tongue PC | |
| | | P) will give quspondi t/c | |
| 3/2/08 fn | | S) Sore throat | |
| | | O) tonsils swollen soft palate swollen pain | |
| | | A) Pharyngitis | |
| | | P) will give Amoxil/CPM/ Ibup | |
| 3/4/08 SA | | S) Sores to mouth | |
| | | O) 3 aphthous ulcers seen kundel | |
| | | A) Aphthous ulcer | |
| | | P) will give antiseptic gargles and S) 4 m PC | |

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient
Name: _____    ID#: _____    Institution: _____

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 4/14/06 8P | | S) _(illegible)_ toe nail | |
| | | S) _(illegible)_ toe nail exams | |
| | | _(illegible)_ will Fy R | |
| 4/17/06 8P | | S) hoarsness | |
| | | S) laryngeal/pharyngeal edema | |
| | | Redness, Pain | |
| | | _(illegible)_ will give amox _(illegible)_ | |

Mckinney Stacey

155499



**PROGRESS NOTES**

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|
| 5/18/0 | S *Itchy Eyes Runny Nose* | |
| | O) *Allergic flare* | |
| | P) *will g Benedyl & Amovl x 10* | |
| 9/12/7 | S) *need to new med* | |
| | O) *h/x of seizures* | |
| | *no new seizures* | |
| | P) *will give Dilant i t pm* | |
| 10/9/7 | S) *Sore Thst* | |
| | O) *tonsills* | |
| | *one ulcer Bump* | |
| | *palate & uvula edematous* | |
| | *x tonsillitis* | |
| | *well treat i Amoxl* | |

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

10/19/7  S: My tongue is sore

O:        No Ulcer noted
         mild pain
         no red
         no mass

A: mild pharyngitis
P: will give Motril 1000  O

10/24/7  S: Cann't eat, because sore tongue
/80

O: tip of tongue, on the left side,
   sore · couple of non bleeding
   Ulcers noted
        no nodes noted

A: tongue Ulcer (aphthous).
P: will quietly up Providone they
   used (arch from). will need
   to closely watch in case it is
   non Healing Ulcer  Sig

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

McGinney, Stacey

155499

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

*(Handwritten progress notes, largely illegible)*

4/10/7    S) _illegible_

5/31/7    S) Forehead Swelly

[illegible dates] 80

*(Multiple lines of illegible handwritten clinical notes)*

828



**Figure 16–17. *Acanthosis nigricans maligna.***
Lesions of the skin (*A*), and intraoral lesions of the commissure (*B*), buccal mucosa (*C*), and tongue (*D*) are illustrated.
(Courtesy of Dr. Gisle Bang. Oral Surg., 29:370, 1970.)

are characteristic but not pathognomonic. There is generally a rather marked acanthosis, coupled with a peculiar incomplete parakeratosis. There is no increase in the number of melanophores in the oral mucosa in contrast to the skin lesions (Fig. 16–18).

**Treatment.** There is no treatment for the disease, although the essentiality of finding the associated malignant neoplasm in that form of the disease is obvious.

## PEMPHIGUS

Pemphigus is a serious chronic skin disease characterized by the appearance of vesicles and bullae, small or large fluid-filled blisters, that develop in cycles. These are not pathognomonic, however, since vesicles and bullae may also develop in many other diseases. The etiology is still unknown despite numerous attempts in the past to implicate specific microorganisms. However, it is quite evident that an autoimmune mechanism is involved in the disease process inasmuch as intercellular antibodies may be demonstrated in the epithelium of the skin and oral mucosa of these patients and circulating intercellular antibodies are present in their serum.

Several types of pemphigus are recognized, but the basic lesion, the vesicle or bulla, is the same in each case. These types are:

1. Pemphigus vulgaris
2. Pemphigus vegetans
3. Pemphigus foliaceus
4. Pemphigus erythematosus

Allen pointed out that, despite the individual varieties of pemphigus described, there are several general features which most forms have in common. First, the initial lesion of any type of pemphigus is always the vesicle or bulla, even though the lesions in the later stages of the disease may be varied in nature—e.g., scaly, papillomatous. Secondly, the initial lesions occur most frequently on the trunk, although the oral mucosa is often the primary

DISEASES OF THE SKIN





Figure 16–18. *Acanthosis nigricans maligna.*
Photomicrographs of lesions of the skin *(A)*
and buccal mucosa *(B)* show the typical
changes in each location. (Courtesy of Dr.
Gisle Bang. Oral Surg., 29:370, 1970.)

site of involvement in all forms except pemphigus foliaceus and pemphigus erythematosus. In fact, Allen stated: "It is the alert dentist who may make the original diagnosis which may be received skeptically because the skin may look completely normal at the time."

**Clinical Features.** Pemphigus of most types seldom occurs before the age of 30 years and is equally distributed in occurrence between males and females. Several cases have been described in childhood, however, and these have been reviewed by Bennett and his associates, who reported an additional case in an eight-year-old patient. It is also of interest that this disease is well recognized as occurring more frequently in Jewish persons, particularly the Ashkenazian group as reported by Pisanti and his co-workers.

*Pemphigus vulgaris* is characterized by the rapid appearance of vesicles and bullae, varying in diameter from a few millimeters to several centimeters, in such numbers that large areas of the skin surface may be covered (Fig. 16–19). These lesions contain a thin, watery fluid shortly after development, but this may soon become purulent or sanguineous. When the bullae rupture, they leave a raw eroded surface identical with that seen when focal areas of epithelium slide off either under oblique pressure or spontaneously without the prior formation of a vesicle or bulla. The loss of epithelium occasioned by rubbing apparently unaffected skin is termed *Nikolsky's sign.* It is a characteristic feature of pemphigus and is caused by prevesicular edema which disrupts the dermal-epidermal junction. The course of pemphigus vulgaris is a variable one, the disease terminating in death or recovery within a few days or weeks, or being prolonged over a period of months or even years.

830



**Figure 16–19.** *Pemphigus vulgaris.*
Unruptured bullae and vesicles on the lips of *(A)* and skin *(B)*. (A, Courtesy of Dr. Boynton H. Booth.)

*Pemphigus vegetans* is now considered by most authorities to be a variant of pemphigus vulgaris. The flaccid bullae which develop then become eroded and form "vegetations" on some of the erosions (Fig. 16–20, *A, B*). These fungoid masses, which become covered by a purulent exudate and exhibit an inflamed border, frequently occur first on the nose and in the mouth, axillae and anogenital region and here bear close resemblance to condylomas. The disease usually terminates as pemphigus vulgaris, although long remissions are rather common in pemphigus vegetans.

*Pemphigus foliaceus* is manifested by characteristic early bullous lesions which rapidly rupture and dry to leave masses of flakes or scales suggestive of an exfoliative dermatitis or eczema. The disease may originate in this form or may develop from one of the other types of pemphigus. It is a relatively mild form of pem-



**Figure 16–20.** *Pemphigus vegetans.*
Vegetative lesions of the neck *(A)* and trunk *(B)*. (Courtesy of Dr. William C. Hurt. From Hurt, William C.: Oral Surg., 16:1383, 1963.)

DISEASES OF THE SKIN

phigus, which is most common in older adults but may occur in young children as well.

*Brazilian pemphigus* (fogo selvagem or Brazilian wildfire) is a mild endemic form of pemphigus foliaceus found in tropical regions, particularly in Brazil, that often occurs in children and frequently in family groups. The course of the disease is similar to that of pemphigus foliaceus.

*Pemphigus erythematosus* (Senear-Usher syndrome) is a form of the disease which is characterized by the occurrence of bullae and vesicles concomitant with the appearance of crusted patches resembling seborrheic dermatitis or even lupus erythematosus. Periods of remission followed by exacerbation are common, but most cases ultimately terminate in pemphigus vulgaris or foliaceus.

The skin manifestations of any form of pemphigus may be accompanied by fever and malaise. Death may or may not rapidly ensue, depending upon the form of the disease. In the series of cases reported by Lever, wide variation occurred in the mortality rate.

**Oral Manifestations.** The oral lesions of the different types of pemphigus, which were specifically described by Lever, by Bernier and Tiecke, and by Zegarelli and Zegarelli, are stressed by most dermatologists because of their frequency of occurrence and because the mouth is often the site of the first manifestation of the disease.

The oral lesions are similar to those occurring on the skin, although intact bullae are rare, since they tend to rupture as soon as they form (Fig. 16–21). The oral mucosa also exhibits Nikolsky's phenomenon and may be denuded by the peripheral enlargement of the erosions. No intraoral site is immune to the development of the lesions, which bleed easily and are exquisitely tender. The pain may be so severe that the patient is unable to eat. The lesions tend to have a ragged border and be covered by a white or blood-tinged exudate. Extension onto the lips with the production of crusting may occur. In patients with this type of oral lesion, salivation is profuse, and the stench is overwhelming. (See also Plate VII.)

Pemphigus vulgaris, the most common form of pemphigus, typically shows oral lesions as either the initial or an early manifestation of the disease. In the series of 28 cases reported by Zegarelli and Zegarelli, the average duration between the onset of the oral lesions and the diagnosis of the disease was nearly seven months.

Oral lesions are reported to occur in over 50 per cent of cases of pemphigus vegetans. The proliferative vegetations seen in the cutaneous lesions of pemphigus vegetans are rare in the mouth, however. Instead, according to Hurt, who has reviewed this form of the disease, they form a serpiginous pattern in the mouth with the surface resembling pus. This can be wiped off, leaving a red, moist base that usually does not bleed and is not painful. This surface material often contains many eosinophils (Fig. 16–22, A, B, C).



**Figure 16–21.** *Pemphigus vulgaris.*
Rupture of bullae of the oral mucous membranes results in large, denuded, painful lesions. (Courtesy of Dr. Wilbur C. Moorman.)

832 DISEASES OF SPECIFIC SYSTEMS



**Figure 16–22.** *Pemphigus vegetans.*
The oral lesions *(A)* were the initial manifestation of the disease. The low- and high-power photomicrographs *(B,C)* are from the gingival biopsy. (Courtesy of Dr. William C. Hurt. From Hurt, William C.: Oral Surg., *16*:1383, 1963.)

Oral lesions in pemphigus foliaceus are rare, according to Perry and Brunsting in their extensive study of this form of the disease.

**Histologic Features.** Pemphigus as an entity is characterized microscopically by the formation of a vesicle or bulla entirely intraepithelially, just above the basal layer producing the distinctive suprabasilar "split" (Fig. 16–23, *A, B*). Prevesicular edema appears to weaken this junction, and the intercellular bridges between the epithelial cells disappear. This results in loss of cohesiveness or acantholysis and, because of this, clumps of epithelial cells are often found lying free within the vesicular space (Fig. 16–23, *A, B*). These have been called "Tzanck cells" and are characterized particularly by degenerative changes which include swelling of the nuclei and hyperchromatic staining. These

DISEASES OF THE SKIN                                                      833



Figure 16–23. *Pemphigus vulgaris.*

A, Early stage of vesiculation with suprabasilar cleavage accompanied by prominent acantholysis and numerous Tzanck cells. B, In the bullous stage, acantholysis is still evident with occasional leukocytes in the bullous fluid. (Courtesy of Drs. Frank Vellios and Charles A. Waldron.)

changes are particularly obvious in cytologic smears taken from early, freshly opened vesicles (Fig. 16–24). Such smears form the basis for a rapid supplemental test for pemphigus, the "Tzanck test," and these cytologic findings have been discussed in detail by Medak and his associates as well as by Shklar and Cataldo. Shklar has also reported that there is a marked



Figure 16–24. *Pemphigus vulgaris.*

The characteristic acantholytic cells are seen in the histologic section of the vesicle (A). These same cells are found on cytologic smear of the vesicle (B, C, D, E,).

increase in RNA in the cytoplasm of these acantholytic cells as well as in the epithelial cells at the floor of the vesicle.

The fluid in most vesicles, particularly those more than a day or two old, contains variable numbers of polymorphonuclear leukocytes and lymphocytes. The relative scarcity of inflammatory cell infiltration, however, in both the vesicular fluid and in the connective tissue at the base of the vesicle or bulla, is suggestive of pemphigus, since most other bullous diseases manifest marked inflammation. Once secondary infection occurs, this feature is masked.

*Immunofluorescent testing* has proven to be of great value in establishing the diagnosis of pemphigus, especially when the clinical or microscopic findings are inconclusive. In this test, *direct immunofluorescence* is used to demonstrate the presence of immunoglobulins, predominantly IgG but sometimes in combination with C3, IgA and IgM, in the intercellular spaces or intercellular substance in either the oral epithelium of the lesions or of clinically normal epithelium adjacent to the lesions. This test is carried out by incubating a biopsy specimen (either frozen section or one specially fixed in Michel solution) with a fluorescein-conjugated antiglobulin. *Indirect immunofluorescence* has also been used to substantiate the diagnosis of pemphigus. This is accomplished basically by incubating normal animal or human mucosa with serum from the patient suspected of having the disease and adding the fluorescein-conjugated human antiglobulin. A positive reaction in the tissue indicates the presence of circulating immunoglobulin antibodies. Daniels and Quadra-White have reported positive direct immunofluorescence for IgG in ten biopsies of ten patients (100 per cent) with pemphigus vulgaris (Fig. 16–25). Six of these ten also were positive for C3, while only one each was positive for IgA and IgM. Laskaris has also found, in testing a series of 58 patients with pemphigus vulgaris limited to the oral cavity, positive direct immunofluorescence in 57 (98 per cent), demonstrating intercellular substance deposition of IgG, either alone or in combination with C3, IgA, and IgM. By indirect immunofluorescence, Laskaris also reported that, when normal human oral mucosa was used as the substrate, circulating intercellular substance antibodies were present in 50 of the 58 patients (86 per cent).

Oral cytologic smears from patients with oral lesions of pemphigus vulgaris have also been tested for immunofluorescence and it has been



**Figure 16–25. *Pemphigus vulgaris*.**
Oral specimen showing intercellular space fluorescence throughout the epithelium with anti-IgG. At lower left there is an intraepithelial vesicle above the basal epithelial cells attached to the basement membrane zone. (Courtesy of Dr. Troy E. Daniels and C. V. Mosby Company. From Daniels, T. E., and Quadra-White, C.: Direct immunofluorescence in oral mucosal disease: a diagnostic analysis of 130 cases. Oral Surg., *51*:38, 1981.)

reported by Acosta and his associates that these smears were positive in all 13 patients tested by the direct technique for intercellular IgG deposition. It was concluded that the cytologic smear–direct immunofluorescence technique may be of value in the diagnosis of pemphigus.

**Differential Diagnosis.** Oral lesions constitute an important feature of pemphigus, and for this reason pemphigus must always be considered in the differential diagnosis of blister-like eruptions of oral mucous membranes. Some difficulty may be experienced in differentiating pemphigus from other bullous diseases such as dermatitis herpetiformis, erythema multiforme bullosum, bullous lichen planus, epidermolysis bullosa and other chronic bullous dermatoses such as bullous pemphigoid and cicatricial pemphigoid. Clinical experience, however, aided by the histologic appearance of the lesions, usually suffices to separate the diseases.

**Treatment.** Pemphigus is a serious disease. Prior to the advent of the corticosteroids, the mortality rate approximated 95 per cent, partic-